**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHANIE NAPOLITANO, :
KIMBERLY NAPOLITANO, :
PAUL BOERGER, :
JESSICA WOOD, and :
PHILIP BARR, :
Plaintiffs :
vs. :
:
JEFFREY DERDERIAN, *et al.* :
Defendants. :

CA 06 80 L

C.A. No.
(Adopting Third Amended Master Complaint in C.A. No. 04-312L)
**JURY TRIAL CLAIMED**

**PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs in this matter hereby adopt and incorporate by reference the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) vs. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-312L, in its entirety.

**Plaintiffs**

1. Plaintiff Stephanie Napolitano is an individual who at all times material hereto lived in North Providence, Rhode Island. Ms. Napolitano was lawfully on the premises of The Station Nightclub on February 20, 2003, where she was injured in the fire.

2. Plaintiff Kimberly Napolitano is an individual who at all times material hereto lived in North Providence, Rhode Island. Ms. Napolitano was lawfully on the premises of The Station Nightclub on February 20, 2003, where she was injured in the fire.

3. Plaintiff Paul Boerger is an individual who at all times material hereto lived in Narragansett, Rhode Island. Mr. Boerger was lawfully on the premises of The Station Nightclub on February 20, 2003, where he was injured in the fire.

4. Plaintiff Jessica Wood is an individual who at all times relevant material hereto lived in Charlestown, Rhode Island. Ms. Wood was lawfully on the premises of The Station Nightclub on February 20, 2003, where

she was injured in the fire. She makes no claim against Defendants D1, D2 or D3 in the Third Amended Master Complaint.

5. Plaintiff Philip Barr is an individual who at all times material hereto lived in Lincoln, Rhode Island. Mr. Barr was lawfully on the premises of The Station Nightclub on February 20, 2003, where he was injured in the fire.

Plaintiffs,
By their Attorneys,

Max Wistow (PPB)
Max Wistow, Esq.

Mark S. Mandell (PPB)
Mark Mandell, Esq.

DATED: February 17, 2006