UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al. Plaintiffs | : | |
| v. | : | C.A. No. 04-312L |
| JEFFREY DERDERIAN, et al Defendants | : | |
| STEPHANIE NAPOLITANO, et al Plaintiffs | : | |
| v. | : | C.A. NO. 06-801L |
| JEFFREY DERDERIAN, et al Defendants | : | |

**MOTION TO DISMISS OF DEFENDANT, SURPLEX UNDERWRITERS, INC.**

Now comes Defendant, Surplex Underwriters, Inc., and moves, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), that the case against this Defendant be dismissed for failure of Plaintiffs to state a claim upon which relief may be granted .

Furthermore, in accordance with Rule 54(b), the defendant requests that judgment enter in its behalf as to fewer than all claims in that there is no just reason for delay.

In support of said Motion, the Defendant, Surplex Underwriter, Inc., relies upon the Memorandum of Law submitted herewith.

Defendant,
Surplex Underwriters, Inc.,
By and Through Its Attorney,

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify on this 20th day of April, 2006, that an exact copy of the within Motion was electronically mailed to the individuals list in the attached Exhibit "A":

Lisa A. Christofaro

# EXHIBIT "A"

| | |
|---|---|
| Thomas C. Angelone, Esquire | angelonelaw@aol.com |
| C. Russell Bengtson, Esquire | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esquire | boyerlaw1@aol.com |
| Stephen E. Breggia, Esquire | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esquire | kbowen@bbglaw.us |
| Joseph B. Burns, Esquire | jburns@rms-law.com |
| Mark D. Cahill, Esquire | mcahill@choate.corm |
| Eric Bradford Hermanson, Esquire | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esquire | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esquire | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esquire | stationfire@blishcavlaw.com |
| Edward M. Crane, Esquire | ecrane@skadden.com |
| Deborah Solmor, Esquire | dsolmor@skadden.com |
| Brian Cunha, Esquire | brian@briancunha.com |
| Karen A. Alegria, Esqure | karen@briancunha.com |
| Anthony F. DeMarco, Esquire | tdemarco@conversent.net |
| Mark T. Reynolds, Esquire | mtreynolds@conversent.net |
| Marc DeSisto, Esquire | stationfire@desistolaw.com |
| Robert T. Norton, Esquire | rnorton@sloanewalsh.com |
| Curtis Diedrich, Esquire | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esquire | fonia@msn.com |
| Mark P. Dolan, Esquire | ricedolank@aol.com |
| T. Dos Urbanski, Esquire | stationlitication@melicklaw.com |
| Allen J. McCarthy, Esquire | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esquire | stationlitigation@melicklaw.com |
| Christopher C. Fallon, Jr., Esquire | cfallon@cozen.com |
| Stephen P. Fogerty, Esquire | fogerty@halloran-sage.com |
| Mark Hadden, Esquire | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esquire | chenlein@fbtlaw.com |
| John R. Crockett, III, Esquire | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esquire | swettle@fbtlaw.com |
| Edward T, Hinchey, Esquire | ehinchey@sloanewalsh.com |
| Daniel Horgan, Esquire | horganlaw@snet.net |
| Patrick T. Jones, Esquire | pjones@cmjlaw.com |
| Peter Schneider, Esquire | pschneider@cmjlaw.com |
| Howard Julian, Esquire | sohchomes@yahoo.com |
| Bruce P. Keller, Esquire | bkeller@debevoise.com |
| Fred A,. Kelly, Jr., Esquire | stationfirelitigation@nixonpeabody.com |

| | |
|---|---|
| Steven M. Richard, Esquire | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon, Esquire | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski, Esquire | josephkrowski.law@verizon.net |
| Ronald Langlois, Esquire | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esquire | lwilkins@smithbrink.com |
| James R. Lee, Esquire | jlee@riag.ri.gov |
| Thomas W. Lyons, Esquire | tlyons@straussfactor.com |
| Richard W. MacAdams, Esquire | rmacadams@mandwlaw.com |
| John R. Mahoney, Esquire | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esquire | emancuso@hwac.com |
| Mark S. Mandell, Esquire | msb@msb-atty.com |
| W. Thomas McGough, Jr., Esquire | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esquire | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esquire | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esquire | mfm@lmkbw.com |
| Howard A. Merten, Esquire | hmerten.station@psh.com |
| Benjamin V. White III, Esquire | bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esquire | sminicucci@calvinolaw.com |
| William A. Filippo, Esquire | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esquire | rmonaco.c-l@snet.net |
| James T. Murphy, Esquire | stationfire@hansoncurran.com |
| Thomas R. Bender, Esquire | stationfire@hansoncurran.com |
| Kelly N. Michels, Esquire | stationfire@hansoncurran.com |
| John J. Nazzaro, Esquire | attynazzaro@aol.com |
| Mark T. Nugent, Esquire | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esquire | pvsullivan@morrisonmahoney.com |
| Kate Harden, Esquire for J. Renn Olenn, Esquire | kbh@olenn-penza.com |
| Michael Potenza, Esquire | mpotenza@debevoise.com |
| Stephen M. Prignano, Esquire | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esquire | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esquire | reardonlaw@aol.com |
| Tracy L. Poppe, Esquire | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esquire | credihan@kprlaw.com |
| James H. Reilly, III, Esquire | jreilly@kkrs.com |
| Donald J. Maroney, Esquire | dmaroney@kkrs.com |
| Ronald J. Resmini, Esquire | resminilaw@yahoo.com |
| Ronald J. Creamer, Esquire | resminilaw@yahoo.com |
| James A. Ruggieri, Esquire | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esquire | sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esquire | mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esquire | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esquire | aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esquire | atrevelise@reedsmith.com |
| Scott J. Tucker, Esquire | stucker@ths-law.com |

| | |
|---|---|
| Earl H. Walker, Esquire | ewalker@jw.com |
| Charles Babcock, Esquire | cbabcock@jw.com |
| Nancy W. Hamilton, Esquire | nhamilton@jw.com |
| Max Wistow, Esquire | mw@wistbar.com |
| George E. Wolf, III, Esquire | gwolf@shb.com |
| Ann Songer, Esquire | asonger@shb.com |
| Wistow & Barylick, Inc. | jdean@wistbar.com |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al. Plaintiffs | : | |
| v. | : | C.A. No. 04-312L |
| JEFFREY DERDERIAN, et al Defendants | : | |
| STEPHANIE NAPOLITANO, et al Plaintiffs | : | |
| v. | : | C.A. NO. 06-801L |
| JEFFREY DERDERIAN, et al Defendants | : | |

**MEMORANDUM OF DEFENDANT, SURPLEX UNDERWRITERS, INC., IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(B)(6)**

By Count LXXXIII of the Third Amended Master Complaint filed by Plaintiffs herein, they have jointed Surplex Underwriters, Inc. (hereinafter "Surplex), as a Defendant. This Defendant has filed a Motion to Dismiss the Plaintiffs' Third Amended Master Complaint as it relates to Count LXXXV for failure to state a claim upon which relief can be granted against Surplex. In Count LXXXV, Plaintiffs allege as follows:

> 713. Plaintiffs incorporate paragraphs 1 through 271 herein. Defendant Surplex Underwriters, Inc. (hereinafter "Surplex") is a corporation organized under the laws of the State of Maine and having sufficient contact with Rhode Island to be subject to this Court's jurisdiction.
>
> 714. At various times, including but not limited to April 4, 1996 and March 25, 1998, Surplex, through its agents and servants, conducted inspections of The Station nightclub in conjunction with policies of liability insurance issued to its owners(s) and operators. Surplex and its agents were negligent in performing said inspections. Their negligence included without limitation:

a. failing to adequately inspect The Station for safety hazards and fire/building code violations;

b. failing to note the presence of highly flammable surface treatments;

c. failing to note the inadequacy of exits;

d. failing to note the practices of overcrowding;

e. allowing the use of dangerous pyrotechnic devices during performances at The Station;

f. knowing of numerous dangerous conditions and fire hazards at The Station and failing to remedy those conditions or order the insureds to remedy them;

g. failing to protect members of the public for the foreseeable risk of serious injury or death at The Station;

h. failing to adequately oversee, supervise, monitor, evaluate, train and/or retrain those performing inspections of The Station; and

i. other acts and failures to act that may become apparent after discovery.

715. Defendant Surplex, in undertaking to perform said inspections, recognized or should have recognized that the competent performance of the inspections was necessary for the protection of third persons, including the Plaintiffs.

716. The applicable insureds, including Howard Julian and Michael Derderian, relied upon the results and recommendations of said negligently performed inspections.

717. The negligence of Surplex was a proximate cause of Plaintiffs' deaths and injuries.

718. This Count seeks, on behalf of all Plaintiffs, damages from Surplex for its negligence.

On November 9, 2005, this Court granted motions to dismiss pursuant to Rule 12(b)(6) filed by Defendants Essex Insurance Company, Multi-State Inspections, Inc., and High Caliber Inspections, Inc. Thereafter, on December 6, 2005, this Court also dismissed, pursuant to Rule 12(b)(6), the claim against Defendant Certain Underwriters at Lloyds London. The basis of the

present motion filed by Surplex is identical to that advanced by Defendants Essex Insurance Company, Multi-State inspections, Inc., and High Caliber Inspections, Inc, and Certain Underwriters at Lloyds London. The involvement of Surplex in the tragic fire at The Station Nightclub is limited to insurance inspections which it procured sometime prior to the fire itself. The inspections were arranged as a preliminary to an insurance carrier issuing policies covering the subject premises.

In its previous two Decisions and Orders in the above-referenced case, this Court first analyzed extensively the applicability of Restatement (Second) of Torts, Section 324A and its analogue Section 323, which were relied upon as the law of this State by the Plaintiff's in those motions and which the moveants there, as the Defendant here, contends is not the law of the State of Rhode Island. After extensive review, this Court held that the Rhode Island Supreme Court has never adopted Section 324A, or Section 323 as the law of this State and, therefore, its provisions which might extend liability on behalf of a third-party to a situation, such as an insurance inspection, would not be governing here. The Court further concluded: "Furthermore, there is no allegation in the Complaint that Essex ever undertook to perform the inspection for the benefit of The Station owners or patrons. Therefore, even if Restatement (Second) of Torts, Section 324A is clearly inapplicable to this case." (Decision and order, November 9, 2005, Page 20).

In summary, this Court concludes: "The bottom line is that in Rhode Island there exists no common law duty owned by Surplex to Plaintiffs in this situation." (Decision and Order, November 9, 2005, Page 21). The same conclusion applies with equal vigor to Defendant, Surplex.

The Court then goes on to consider the argument of Plaintiff's that a Defendant in the position of Surplex should be subject to liability pursuant to Rhode Island General Laws, 1956, as amended, Section 27-8-15. This Court also rejected that argument. See Decision and Order, November 9, 2005, Page 23:

> Title 27 of the Rhode Island General Laws reflects the policy decision of the Rhode Island Legislature regarding insurance law. The general policy underlying § 27-8-15 is that insurers should not be held liable beyond the scope of their undertaking. Specifically, insurers who, for their own purposes, conduct inspections of their

> policyholders' premises do not owe a duty to others to conduct inspections in any manner. Rather than intending to carve out select instances where insurers would be free from owing an otherwise existent duty, the purpose behind § 27-8-15 merely was to certify the absence of any common law duty owed to third parties by insurers who conduct inspection for their own purposes. To conclude that Rhode Island Legislature intended to exclude liability insurers from the category of insurers eligible for immunity under § 27-8-15 would be entirely inconsistent with the general policy of the statute.

Once again, the principles applied by this Court in the earlier rulings are equally applicable to the pending motion.

It is submitted by the Defendant Surplex that the rulings on the previous motions to dismiss constitute the law of the case in this matter. In the event that independent analysis is necessary, this defendant respectfully submits that the controlling authority is that set forth in the two Decisions and Orders previously entered by this Court granting the motions to dismiss of Defendants similarly situated.

For the foregoing reasons, judgment should be entered for the Defendant Surplex Underwriters.

Defendant,
Surplex Underwriters, Inc.,
By and Through Its Attorney,

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify on this 20th day of April, 2006, that an exact copy of the within Memorandum was electronically mailed to the individuals list in the attached Exhibit "A":

# EXHIBIT "A"

| | |
|---|---|
| Thomas C. Angelone, Esquire | angelonelaw@aol.com |
| C. Russell Bengtson, Esquire | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esquire | boyerlaw1@aol.com |
| Stephen E. Breggia, Esquire | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esquire | kbowen@bbglaw.us |
| Joseph B. Burns, Esquire | jburns@rms-law.com |
| Mark D. Cahill, Esquire | mcahill@choate.corm |
| Eric Bradford Hermanson, Esquire | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esquire | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esquire | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esquire | stationfire@blishcavlaw.com |
| Edward M. Crane, Esquire | ecrane@skadden.com |
| Deborah Solmor, Esquire | dsolmor@skadden.com |
| Brian Cunha, Esquire | brian@briancunha.com |
| Karen A. Alegria, Esqure | karen@briancunha.com |
| Anthony F. DeMarco, Esquire | tdemarco@conversent.net |
| Mark T. Reynolds, Esquire | mtreynolds@conversent.net |
| Marc DeSisto, Esquire | stationfire@desistolaw.com |
| Robert T. Norton, Esquire | rnorton@sloanewalsh.com |
| Curtis Diedrich, Esquire | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esquire | fonia@msn.com |
| Mark P. Dolan, Esquire | ricedolank@aol.com |
| T. Dos Urbanski, Esquire | stationlitication@melicklaw.com |
| Allen J. McCarthy, Esquire | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esquire | stationlitigation@melicklaw.com |
| Christopher C. Fallon, Jr., Esquire | cfallon@cozen.com |
| Stephen P. Fogerty, Esquire | fogerty@halloran-sage.com |
| Mark Hadden, Esquire | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esquire | chenlein@fbtlaw.com |
| John R. Crockett, III, Esquire | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esquire | swettle@fbtlaw.com |
| Edward T, Hinchey, Esquire | ehinchey@sloanewalsh.com |
| Daniel Horgan, Esquire | horganlaw@snet.net |
| Patrick T. Jones, Esquire | pjones@cmjlaw.com |
| Peter Schneider, Esquire | pschneider@cmjlaw.com |
| Howard Julian, Esquire | sohchomes@yahoo.com |
| Bruce P. Keller, Esquire | bkeller@debevoise.com |
| Fred A,. Kelly, Jr., Esquire | stationfirelitigation@nixonpeabody.com |

| | |
|---|---|
| Steven M. Richard, Esquire | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon, Esquire | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski, Esquire | josephkrowski.law@verizon.net |
| Ronald Langlois, Esquire | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esquire | lwilkins@smithbrink.com |
| James R. Lee, Esquire | jlee@riag.ri.gov |
| Thomas W. Lyons, Esquire | tlyons@straussfactor.com |
| Richard W. MacAdams, Esquire | rmacadams@mandwlaw.com |
| John R. Mahoney, Esquire | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esquire | emancuso@hwac.com |
| Mark S. Mandell, Esquire | msb@msb-atty.com |
| W. Thomas McGough, Jr., Esquire | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esquire | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esquire | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esquire | mfm@lmkbw.com |
| Howard A. Merten, Esquire | hmerten.station@psh.com |
| Benjamin V. White III, Esquire | bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esquire | sminicucci@calvinolaw.com |
| William A. Filippo, Esquire | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esquire | rmonaco.c-l@snet.net |
| James T. Murphy, Esquire | stationfire@hansoncurran.com |
| Thomas R. Bender, Esquire | stationfire@hansoncurran.com |
| Kelly N. Michels, Esquire | stationfire@hansoncurran.com |
| John J. Nazzaro, Esquire | attynazzaro@aol.com |
| Mark T. Nugent, Esquire | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esquire | pvsullivan@morrisonmahoney.com |
| Kate Harden, Esquire for | kbh@olenn-penza.com |
| J. Renn Olenn, Esquire | |
| Michael Potenza, Esquire | mpotenza@debevoise.com |
| Stephen M. Prignano, Esquire | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esquire | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esquire | reardonlaw@aol.com |
| Tracy L. Poppe, Esquire | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esquire | credihan@kprlaw.com |
| James H. Reilly, III, Esquire | jreilly@kkrs.com |
| Donald J. Maroney, Esquire | dmaroney@kkrs.com |
| Ronald J. Resmini, Esquire | resminilaw@yahoo.com |
| Ronald J. Creamer, Esquire | resminilaw@yahoo.com |
| James A. Ruggieri, Esquire | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esquire | sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esquire | mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esquire | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esquire | aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esquire | atrevelise@reedsmith.com |
| Scott J. Tucker, Esquire | stucker@ths-law.com |

| | |
|---|---|
| Earl H. Walker, Esquire | ewalker@jw.com |
| Charles Babcock, Esquire | cbabcock@jw.com |
| Nancy W. Hamilton, Esquire | nhamilton@jw.com |
| Max Wistow, Esquire | mw@wistbar.com |
| George E. Wolf, III, Esquire | gwolf@shb.com |
| Ann Songer, Esquire | asonger@shb.com |
| Wistow & Barylick, Inc. | jdean@wistbar.com |