**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT L. GRAY, Administrator, et al., Plaintiffs,** | : | |
| **vs.** | : | **C.A. No. 04-312L** |
| **JEFFREY DERDERIAN, et al., Defendants.** | : | |

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, et al., Plaintiffs,** | : | |
| **vs.** | : | **C.A. No. 06-80 L** |
| **JEFFREY DERDERIAN, et al., Defendants.** | : | |

**PLAINTIFFS'[1] OBJECTION TO MOTION TO DISMISS OF DEFENDANT SURPLEX UNDERWRITERS, INC.**

Plaintiffs hereby object to the Motion of Defendant Surplex Underwriters, Inc. pursuant to Fed.R.Civ.P. 12(b)(6), for failure of Plaintiffs to state a claim upon which relief may be granted.

In support of their Objection, Plaintiffs rely upon the Memorandum of Law submitted herewith.

---

[1] All Plaintiffs in *Gray, et al. v. Derderian, et al.*, by their counsel as their signatures appear below, and all Plaintiffs in *Napolitano, et al. v. Derderian, et al.*, by their attorneys Max Wistow and Mark Mandell.

*Plaintiffs 13(d); 13(e); 17-63, inclusive; 133-190, inclusive; 225-233, inclusive; 240 and 251 through 257, inclusive;*
*By their Attorney:*

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

*Plaintiffs 13(d); 13(e); 17-63, inclusive; 133-190, inclusive; 225-233, inclusive; 240 and 251 through 257, inclusive;*
*By their Attorney:*

Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

*Plaintiffs 1-11, inclusive; 12(b); 13(a)(b)(c); 14-16, inclusive; 80-132, inclusive; 222, 223 and 242 through 248, inclusive;*
*By their Attorney:*

Patrick T. Jones, Esq. (#6636)
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

*Plaintiffs 65(b); 71-75, inclusive; 197-214, inclusive; 224; 234-237, inclusive; and 260-262, inclusive; 265 and 266,*
By their Attorney:

Michael A. St. Pierre, Esq. (#2553)
REVENS, REVENS & ST. PIERRE
946 Centerville Road
Warwick, RI 02886

*Plaintiffs 64; 65(a); 66-68, inclusive; 192-195, inclusive; and 241;*
*By their Attorney:*

Stephen E. Breggia, Esq. (#2865)
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

*Plaintiffs 12(a); 76-79, inclusive; 215-221, inclusive; 238, 258, 259 263 and 264;*
*By their Attorney:*

Steven A. Minicucci, Esq. (#4155)
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

*Plaintiffs 69; 70; 196, 249 and 250;*
*By their Attorney:*

Eva Marie Mancuso (jpb)

Eva Marie Mancuso, Esq. (#3564)
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909

*Plaintiffs 191 and 239;*
*By their Attorney:*

Charles N. Redihan (jpb)

Charles N. Redihan, Esq. (#1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

*All Plaintiffs in* *Napolitano, et al., v. Derderian, et al.*, *C.A. No. 06-801L,*
*By their Attorneys:*

Max Wistow (jpb)

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell (jpb)

Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 24th day of April, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Armando Batastini, Esq. | abatastini@eapdlaw.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | StationLitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| Ian Ridlon, Esq. | stationfirelitigation@nixonpeabody.com |

| | |
|---|---|
| J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate Harden, Esq. for J. Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | StationLitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT L. GRAY, Administrator, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-312L** |
| | : | |
| **JEFFREY DERDERIAN, et al.,** | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-801L** |
| | : | |
| **JEFFREY DERDERIAN, et al.,** | : | |
| **Defendants.** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'[1] OBJECTION TO MOTION TO DISMISS OF DEFENDANT SURPLEX UNDERWRITERS, INC.**

Defendant Surplex Underwriters, Inc. (hereinafter "Surplex") is another of the so-called "insurance inspection defendants." Other such defendants are Certain Underwriters at Lloyd's, London, Essex Insurance Company, Multi-State Inspections, Inc. and High Caliber Inspections, Inc. Each of these other insurance inspection defendants' motions to dismiss was granted by this Court on November 9, 2005 and December 6, 2005.

The earlier insurance inspection defendants' motions to dismiss were fully briefed and argued by Plaintiffs. Therefore, Plaintiffs wish to incorporate by reference

---

[1] All Plaintiffs in *Gray, et al. v. Derderian, et al.,* by their counsel as their signatures appear below, and all Plaintiffs in *Napolitano, et al. v. Derderian, et al.,* by their attorneys Max Wistow and Mark Mandell.

all of their previous memoranda and arguments on those motions. We anticipate this Court's ruling consistently with its rulings on the prior motions; however, we file the instant Objection in order to preserve any possible rights on appeal.

For these reasons, then, oral argument on the instant motion is not necessary. Plaintiffs would ask, however, that if Surplex's motion to dismiss is granted, the Court not enter judgment (as it explicitly declined to do on the earlier motions), so as not to trigger piecemeal appeals.

*Plaintiffs 13(d); 13(e); 17-63, inclusive; 133-190, inclusive; 225-233, inclusive; 240 and 251 through 257, inclusive;*
*By their Attorney:*

Max Wistow (jpb)

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

*Plaintiffs 13(d); 13(e); 17-63, inclusive; 133-190, inclusive; 225-233, inclusive; 240 and 251 through 257, inclusive;*
*By their Attorney:*

Mark S. Mandell (jpb)

Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

*Plaintiffs 1-11, inclusive; 12(b); 13(a)(b)(c); 14-16, inclusive; 80-132, inclusive; 222, 223 and 242 through 248, inclusive;*
*By their Attorney:*

Patrick T. Jones (jpb)

Patrick T. Jones, Esq. (#6636)
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

*Plaintiffs 65(b); 71-75, inclusive; 197-214, inclusive; 224; 234-237, inclusive; and 260-262, inclusive; 265 and 266,*
By their Attorney:

Michael A. St. Pierre (jpb)

Michael A. St. Pierre, Esq. (#2553)
REVENS, REVENS & ST. PIERRE
946 Centerville Road
Warwick, RI 02886

*Plaintiffs 64; 65(a); 66-68, inclusive; 192-195, inclusive; and 241;*
*By their Attorney:*

Stephen E. Breggia (jgs)
Stephen E. Breggia, Esq. (#2865)
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

*Plaintiffs 12(a); 76-79, inclusive; 215-221, inclusive; 238, 258, 259 263 and 264;*
*By their Attorney:*

Steven A. Minicucci (jgs)
Steven A. Minicucci, Esq. (#4155)
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

*Plaintiffs 69; 70; 196, 249 and 250;*
*By their Attorney:*

Eva Marie Mancuso (jgs)
Eva Marie Mancuso, Esq. (#3564)
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909

*Plaintiffs 191 and 239;*
*By their Attorney:*

Charles N. Redihan (jgs)
Charles N. Redihan, Esq. (#1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

*All Plaintiffs in Napolitano, et al., v. Derderian, et al., C.A. No. 06-801L,*
*By their Attorneys:*

Max Wistow (jgs)
Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell (jgs)
Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 24th day of April, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Armando Batastini, Esq. | abatastini@eapdlaw.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | StationLitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| Ian Ridlon, Esq. | stationfirelitigation@nixonpeabody.com |
| J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |

| | |
|---|---|
| James A. Bigos, Esq. | jim@b-plaw.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate Harden, Esq. for J. Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | StationLitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |

| | |
|---|---|
| Randall L. Souza, Esq. | stationfirelitigatiaon@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen T. Armato, Esq. | StationLitigation@cetcap.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |

Jessica Deansents