UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al. | : | |
| v. | : | C.A. No. 06-080-L |
| JEFFREY DERDERIAN, et al. | : | |

ENTRY OF APPEARANCE

I, David A. Wollin, hereby enter my appearance for and on behalf of the defendant, Joseph LaFontaine, d/b/a New England Custom Alarms.

David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: April 27, 2006

*379681_1.doc*

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2006, an exact copy of the within document was electronically mailed and sent by First-Class U. S. Mail, postage prepaid, to the individuals listed on the attached service list:

*379680_1.doc*

**SERVICE LIST**

Stephen Napolitano, et al.
v.
Jeffrey Derderian, et al.

United States District Court for the District of Rhode Island
C.A. No. 06-080-L

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903
angelonelaw@aol.com

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

James A. Bigos, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02862
jim@b-plaw.com

Stephen E. Breggia, Esq.
Kevin F. Bowen, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908
sbreggia@bbglaw.com
kbowen@bbglaw.us

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891
l.cappuccio@worldnet.att.net

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
stationfire@blishcavlaw.com
stationfire@blishcavlaw.com

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
ecrane@skadden.com
dsolmor@skadden.com

Brian Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914
Brian@Briancunha.com
Karen@Briancunha.com

Anthony F. DeMarco, Esq.
Mark T. Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net
mtreynolds@conversent.net

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, RI 02903
fonia@msn.com

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
stationfire@desistolaw.com

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolank@aol.com

T. Dos Urbanski, Esq.
MELICK, PORTER & SHEA, LLP
Two Richmond Square, Suite 104
Providence, RI 02906
StationLitigation@melicklaw.com

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
fogerty@halloran-sage.com

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI 02903
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108
EHinchey@sloanewalsh.com
rnorton@sloanewalsh.com

Daniel Horgan, Esq.
THE HORGAN LAW OFFICES
111 Huntington Street
New London, CT 06320
Horganlaw@snet.net

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com
pschneider@cmj-law.com

Howard Julian
570 Shermantown Road
North Kingstown, RI 02874
sohohomes@yahoo.com

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02310
josephkrowski.law@verizon.net

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian Ridlon, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
fkelly@nixonpeabody.com
iridlon@nixonpeabody.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022
bkeller@debevoise.com
mpotenza@debevoise.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
One State Street, Suite 400
Providence, RI 02908
Stationfire@smithbrink.com
Stationfire@smithbrink.com

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.ri.gov

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MACADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
msmandell@msn.com

Allen J. McCarthy, Esq.
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02110
StationLitigation@melicklaw.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Michael J. Mazurczak, Esq.
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02110
StationLitigation@melicklaw.com

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com

Howard A. Merten, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas R. Bender, Esq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, RI 02903
stationfire@hansoncurran.com

Joseph H. Aronson, Esq.
David T. Mitrou, Esq.
Michael J. McCormack, Esq.
The McCormack Firm, LLC
One International Place
Boston, MA 02110
jaronson@mccormackfirm.com
dmitrou@mccormackfirm.com
mmccormack@mccormackfirm.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
164 Hempstead Street
New London, CT 06320
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
kbh@olenn-penza.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM
160 Hempstead Street
New London, CT 06320
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street, Suite 400
Providence, RI 02903
Resminilaw@yahoo.com

James A. Ruggieri, Esq.
Suzanne O'Donoghue
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Georgia Sullivan
The Hartford
georgia.sullivan@thehartford.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816
aminchillo@itwlaw.com

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
STucker@ths-law.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

George E. Wolf, III, Esq.
Ann Songer, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
gwolf@shb.com
asonger@shb.com

Max Wistow, Esq.
John Barylick, Esq.
61 Weybosset Street
Providence, RI 02903
jdean@wistbar.com
jpb@wistbar.com

Bennett R. Gallo, Esq.
Nolan Dailey Gallo Rothemich & Brunero, Ltd.
1070 Main Street
Coventry, RI 02816
brg@ndgrb.com

Dennis J. Roberts, II, Esq.
40 Westminster Street, Suite 305
Providence, RI 02903-2525
droberts@djrlaw.com

William E. O'Gara, Esq.
Pannone, Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
wogara@pld-law.com

Stewart F. Grossman, Esq.
101 Arch Street, 9th Floor
Boston, MA 02110
sgrossman@lgllp.com

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
dmaglio@magliolaw.com

John J. Cloherty, III, Esq.
Pierce Davis & Perritano, LLP
10 Winthrop Street
Boston, MA 02110
jcloherty@piercedavis.com

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886
johns@nationwide.com

James K. Archibald, Esq.
1500 Bush Street
Baltimore, MD 21230
jima@wmtburnett.com

S. Michael Levin, Esq.
Winograd, Shine & Zacks P.C.
123 Dyer Street
Providence, RI 02903
mlevin@wszlaw.com

Michael E. DeLuca, Esq.
Gidley Sarli & Marusak LLP
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

S. Michael Levin, Esq.
Winograd, Shine & Zacks P.C.
123 Dyer Street
Providence, RI 02903
mlevin@wszlaw.com

John D. Bambara, President
1550 Falmouth Road, Suite 25
Centerville, MA 02632
jbambara@sentinelproducts.net

Stephen T. Armato, Esq.
Christopher A.D. Hunt, Esq.
Lawrence G. Cetrulo, Esq.
Cetrulo & Capone LLP
Two Seaport Lane
Boston, MA 02210
StationLitigation@cetcap.com

John J. Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886
jflanagan@torti.com

379685_1.doc