UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, et al.
Plaintiff(s)

v. Dkt. No. 06-080-L

JEFFREY DERDERIAN, et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

XXXXXXXX/Defendant Joseph LaFontaine d/b/a New England Custom Alarms hereby moves that William F. Burke be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Joseph LaFontaine d/b/a
New England Custom Alarms
(XXXXXXXX/Defendant)

David A. Wollin

By: David A. Wollin
Bar ID No.: 4950
Address: Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

DATED: 4/25/06

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Federal District Court - Mass.;*, and my eligibility to practice before those courts has not been restricted in any way.
* U. S. Court of International Trade; U. S. Court of Appeals - First Circuit; and Federal Circuit

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

William F. Burke
Print Name State Bar ID #

Adler Pollock & Sheehan P.C.
Firm Name

175 Federal Street, 10th Floor
Business Address

Boston, MA 02110

(617) 482-0600 (617) 482-0604
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

David A. Wollin 4950
Print Name R.I. Bar ID #

Adler Pollock & Sheehan P.C.
Firm and Business Address
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Tel. # (401) 274-7200 Fax # (401) 751-0604

---

**ORDER**

This motion is hereby ______________________

______________________
District Judge

Date:

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2006, an exact copy of the within document was electronically mailed to the individuals listed on the attached service list:

*379680_1.doc*

**SERVICE LIST**

Stephanie Napolitano, et al.
v.
Jeffrey Derderian, et al.

United States District Court for the District of Rhode Island
C.A. No. 06-080-L

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903
angelonelaw@aol.com

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

James A. Bigos, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02862
jim@b-plaw.com

Stephen E. Breggia, Esq.
Kevin F. Bowen, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908
sbreggia@bbglaw.com
kbowen@bbglaw.us

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891
l.cappuccio@worldnet.att.net

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
stationfire@blishcavlaw.com
stationfire@blishcavlaw.com

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
ecrane@skadden.com
dsolmor@skadden.com

Brian Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914
Brian@Briancunha.com
Karen@Briancunha.com

Anthony F. DeMarco, Esq.
Mark T. Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net
mtreynolds@conversent.net

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, RI 02903
fonia@msn.com

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
stationfire@desistolaw.com

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolank@aol.com

T. Dos Urbanski, Esq.
MELICK, PORTER & SHEA, LLP
Two Richmond Square, Suite 104
Providence, RI 02906
StationLitigation@melicklaw.com

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
fogerty@halloran-sage.com

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI 02903
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108
EHinchey@sloanewalsh.com
rnorton@sloanewalsh.com

Daniel Horgan, Esq.
THE HORGAN LAW OFFICES
111 Huntington Street
New London, CT 06320
Horganlaw@snet.net

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com
pschneider@cmj-law.com

Howard Julian
570 Shermantown Road
North Kingstown, RI 02874
sohohomes@yahoo.com

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02310
josephkrowski.law@verizon.net

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian Ridlon, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
fkelly@nixonpeabody.com
iridlon@nixonpeabody.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022
bkeller@debevoise.com
mpotenza@debevoise.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
One State Street, Suite 400
Providence, RI 02908
Stationfire@smithbrink.com
Stationfire@smithbrink.com

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.ri.gov

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MACADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
msmandell@msn.com

Allen J. McCarthy, Esq.
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02110
StationLitigation@melicklaw.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Michael J. Mazurczak, Esq.
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02110
StationLitigation@melicklaw.com

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com

Howard A. Merten, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas R. Bender, Esq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, RI 02903
stationfire@hansoncurran.com

Joseph H. Aronson, Esq.
David T. Mitrou, Esq.
Michael J. McCormack, Esq.
The McCormack Firm, LLC
One International Place
Boston, MA 02110
jaronson@mccormackfirm.com
dmitrou@mccormackfirm.com
mmccormack@mccormackfirm.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
164 Hempstead Street
New London, CT 06320
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
kbh@olenn-penza.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM
160 Hempstead Street
New London, CT 06320
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street, Suite 400
Providence, RI 02903
Resminilaw@yahoo.com

James A. Ruggieri, Esq.
Suzanne O'Donoghue
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Georgia Sullivan
The Hartford
georgia.sullivan@thehartford.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816
aminchillo@itwlaw.com

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
STucker@ths-law.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

George E. Wolf, III, Esq.
Ann Songer, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
gwolf@shb.com
asonger@shb.com

Max Wistow, Esq.
John Barylick, Esq.
61 Weybosset Street
Providence, RI 02903
jdean@wistbar.com
jpb@wistbar.com

Bennett R. Gallo, Esq.
Nolan Dailey Gallo Rothemich & Brunero, Ltd.
1070 Main Street
Coventry, RI 02816
brg@ndgrb.com

Dennis J. Roberts, II, Esq.
40 Westminster Street, Suite 305
Providence, RI 02903-2525
droberts@djrlaw.com

William E. O'Gara, Esq.
Pannone, Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
wogara@pld-law.com

Stewart F. Grossman, Esq.
101 Arch Street, 9th Floor
Boston, MA 02110
sgrossman@lgllp.com

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
dmaglio@magliolaw.com

Michael E. DeLuca, Esq.
Gidley Sarli & Marusak LLP
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

John J. Cloherty, III, Esq.
Pierce Davis & Perritano, LLP
10 Winthrop Street
Boston, MA 02110
jcloherty@piercedavis.com

S. Michael Levin, Esq.
Winograd, Shine & Zacks P.C.
123 Dyer Street
Providence, RI 02903
mlevin@wszlaw.com

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886
johns@nationwide.com

John D. Bambara, President
1550 Falmouth Road, Suite 25
Centerville, MA 02632
jbambara@sentinelproducts.net

James K. Archibald, Esq.
1500 Bush Street
Baltimore, MD 21230
jima@wmtburnett.com

Stephen T. Armato, Esq.
Christopher A.D. Hunt, Esq.
Lawrence G. Cetrulo, Esq.
Cetrulo & Capone LLP
Two Seaport Lane
Boston, MA 02210
StationLitigation@cetcap.com

S. Michael Levin, Esq.
Winograd, Shine & Zacks P.C.
123 Dyer Street
Providence, RI 02903
mlevin@wszlaw.com

John J. Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886
jflanagan@torti.com

379685_1.doc