UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD, AND PHILIP BARR *Plaintiffs* | : | |
| v. | : | C.A. No. 60-80 L |
| JEFFREY DERDERIAN, et al *Defendants* | : | |

***ANSWER AND JURY CLAIM OF DEFENDANT, AMERICAN FOAM CORPORATION, TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION***

Plaintiffs in the above-captioned matter have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312-L, in its entirety, as stated in their "Pro Forma Complaint Regarding Station Nightclub Fire Litigation," filed February 17, 2006. Defendant, ***American Foam Corporation***, hereby repeats and incorporates by reference herein its responses to the *Gray* Plaintiffs' Third Amended Master Complaint, as filed on its behalf, as its answer to the *Napolitano* Plaintiffs' Pro Forma Complaint as if fully set forth herein.

Furthermore, as to paragraphs (1) through (5) in the *Napolitano* Plaintiffs' Pro Forma Complaint, Defendant, ***American Foam Corporation***, hereby responds as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

the averments contained in this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

### *PRAYER FOR RELIEF*

**WHEREFORE,** Defendant, ***American Foam Corporation***, demands judgment, dismissing the claims against it, with prejudice, and that it be awarded costs and such other relief as the Court deems just.

### *JURY CLAIM*

Defendant, ***American Foam Corporation***, demands a trial by jury as to all allegations set forth in the *Gray* Plaintiffs' Third Amended Master Complaint, this Answer

**AMERICAN FOAM CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: May 4, 2006

***CERTIFICATION***

I hereby certify that on this 4th day of May, 2006, I caused to be served via email in PDF format only, a copy of thè within ***Answer to Complaint*** upon the following:

| | |
|---|---|
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Brian R. Cunha, Esq. | Brian@Briancunha.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fallon, Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | MHadden@mhaddenlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |

| | |
|---|---|
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Stationfire@smithbrink.com |
| Lauren D. Wilkins, Esq. | Stationfire@smithbrink.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva-Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| W. Thomas McGough Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard Merten, Esq. | Hmerten.station@psh.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul V. Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| J. Renn Olenn, Esq. | KBH@olenn-penza.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Robert I. Reardon, Jr., Esq. | Reardonlaw@aol.com |

| | |
|---|---|
| Robert I. Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan Jr., Esq. | credihan@kprlaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| James H. Reilly III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| Michael T. Ryan, Esq. | MTRyan@rrjd-law.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Georgia Sullivan | Georgia.Sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | CBabcock@jw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Robert Norton, Esq. | rnorton@sloanewalsh.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Michael R. De Luca, Esq. | mrd@gsm-law.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| Kristen C. Blackburn, Esq. | stationlitigation@cetcap.com |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |

| | |
|---|---|
| William F. Burke, Esq. | wburke@apslaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| Stephen T. Armato, Esq. | sarmato@cetcap.com |
| Christopher A. D. Hunt, Esq. | chunt@cetcap.com |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |

Mary V. Coulon

/mvc