UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Stephanie Napolitano, et al. Plaintiffs, | : | |
| v. | : | C.A. No. 06-80-L |
| Jeffrey Derderian, et al. Defendants. | : | |

STIPULATION EXTENDING TIME
TO RESPOND TO PRO FORMA COMPLAINT

By agreement of plaintiffs and defendants Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc., by and through the undersigned, said defendants shall have up through and including May 31, 2006 in which to answer or otherwise respond to the Pro Forma Complaint.

On Behalf of Gray Plaintiffs,

Mark S. Mandell (#0502)
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903-2824

Patrick T. Jones (#6636)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

Stephen E. Breggia (#2865)
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908-3734

Eva-Marie Mancuso (#3564)
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Steven A. Minicucci (#4155)
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

Michael A. St. Pierre (#2553)
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Charles N. Redihan (#1810)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Dated: 5/3/06

ANHEUSER-BUSCH COMPANIE, INC., ANHEUSER-BUSCH, INC., BUSCH ENTERTAINMENT CORPORATION AND BUSCH MEDIA GROUP, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr, (#1139)
Kristin E. Rodgers (#4842)
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Dated: 5/5/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606