FILED
MAY 10 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD, and PHILIP BARR, Plaintiffs, | : | |
| v. | : | C.A. No. 06-80-L (Jury Trial Demanded) |
| JEFFREY DERDERIAN, et al., Defendants. | : | |

**ANSWER OF DEFENDANTS MARK KENDALL, ERIC POWERS AND DAVID FILICE TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312-L (the "Gray Case"). On May 1, 2006, Defendants Mark Kendall, Eric Powers and David Filice (collectively, "These Defendants") filed their answer to the Third Amended Master Complaint in the Gray Case.[1] These Defendants adopt and incorporate herein said Answer, including their affirmative defenses and jury trial demand.

Plaintiffs have asserted additional allegations set forth in paragraphs 1 – 5 of their Pro Forma Complaint. These Defendants respond as follows to the allegations:

1. – 5. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of these paragraphs, which are either (i) directed to individuals or entities other than These Defendants, or (ii) conclusions of law to which no response is required.

---

[1] See Docket No. 843 in the Gray Case.

MARK KENDALL, ERIC POWERS, and
DAVID FILICE

By Their Attorneys,

Fred A. Kelly, Jr. (By SMR)
Steven M. Richard

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
StationFireLitigation@nixonpeabody.com

Edwin F. McPherson (Of Counsel)
McPHERSON & KALMANSOHN, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 553-8833
(310) 553-9233 (Fax)

Dated: May 10, 2006

CERTIFICATION OF SERVICE

I hereby certify that on the 10 day of May, 2006, I served a true copy of the within Answer of Defendants Mark Kendall, Eric Powers and David Filice to Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation via either e-mail to all counsel of record listed on the attached service list or regular U.S. Mail to the counsel of record listed below.

John D. Bambara, President
Sentinel Products Corporation
1550 Falmouth Road, Suite 25
Centerville, MA 02632

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Steven Richard

John R. Mahoney
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr.
Kristen E. Rodgers
stationfire@blishcavlaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

Brian R. Cunha
Karen A. Alegria
Brian@Briancunha.com

C. Russell Bengtson
RBengtson@ckmlaw.com

Mark D. Cahill
Eric Bradford Hermanson
mcahill@choate.com

Patrick T. Jones
Peter Schneider
pjones@cmj-law.com

James R. Lee
jlee@riag.state.ri.us

Joseph B. Burns
jburns@rms-law.com

Steven A. Minicucci
William A. Filippo
sminicucci@calvinolaw.com

Bruce P. Keller
Michael Potenza
Bkeller@debevoise.com

Ralph J. Monaco
rmonaco.c-l@snet.net

Christopher C. Fallon, Jr.
Joseph J. Bellew
cfallon@cozen.com

Marc DeSisto
Kathleen M. Daniels
stationfire@desistolaw.com

Stephen M. Prignano
Stephen J. MacGillivray
sprignano@edwardsangell.com

Michael R. DeLuca
MRD@gsm-law.com

Eva Marie Mancuso
emancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
stationfire@hansoncurran.com

Edward T. Hinchey
James Scanlon
Robert T. Norton
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
singinglawyer@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Suzanne O'Donoghue
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
aminchillo@itwlaw.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
GWolf@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
Hmerten.station@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
KBH@olenn-penza.com

Robert I. Reardon, Jr.
Tracy L. Poppe
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
StationLitigation@melicklaw.com

Stephen Fogerty
fogerty@halloran-sage.com

Lawrence J. Cappuccio
l.cappuccio@worldnet.att.net

Esquire
stationfire@esquirecom.com

James A. Bigos
jim@b-plaw.com

Russell Bramley, Esq.
Bramley@hbhlaw.net

Craig A. Johns, Esq.
johnsc@nationwide.com

Stephen T. Armato, Esq.
Lawrence G. Cetrulo, Esq.
Christopher a. D. Hunt, Esq.
StationLitigation@cetcap.com

William E. O'Gara, Esq.
Wogara@pld-law.com

S. Michael Levin, Esq.
mlevin@wszlaw.com

Michael J. McCormack, Esq.
Joseph H. Aronson, Esq.
David T. Mitrou, Esq.
mmccormack@mccormackfirm.com

Bennett R. Gallo, Esq.
brg@ndgrb.com

John J. Flanagan, Esq.
jflanagan@torti.com

Bruce G. Tucker, Esq.
btucker@legalmgt.com

Mark R. Ter Molen, Esq.
mtermolen@mayerbrownrowe.com

David A. Wollin, Esq.
William F. Burke, Esq.
DWollin@apslaw.com

Henry M. Swan, Esq.
hms@dksblaw.com

David E. Maglio, Esq.
dmaglio@magliolaw.com

Mark Parsky, Esq.
mep@mcveyparsky-law.com

Steven W. Kasten, Esq.
skasten@mwe.com

Peter L. Resnik, Esq.
presnik@mwe.com

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Esq.
Timothy.Hardwicke@lw.com

John J. Cloherty III, Esq.
jcloherty@piercedavis.com

Joel Pierce, Esq.
jpierce@piercedavis.com