IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-080L |
| | ) | |
| JEFFREY DERDERIAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY**

NOW COME Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., former operator of radio station "WHJY-FM") (collectively the "Clear Channel Defendants") and, in response to Plaintiffs' "Pro Forma Complaint Regarding Station Nightclub Fire Litigation" ("Pro Forma Complaint"), hereby adopt and incorporate by reference the "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to Third Amended Master Complaint," filed on March 17, 2006 in *Gray, et al. v. Derderian, et al.* (04-312-L).

In further response to the enumerated allegations contained in Plaintiffs' Pro Forma Complaint, the Clear Channel Defendants state as follows:

**Plaintiffs**

1-5. The Clear Channel Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 5 of Plaintiff's Pro Forma Complaint.

CLEAR CHANNEL BROADCASTING, INC.
AND CAPSTAR RADIO OPERATING
COMPANY

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

James J. Restivo, Jr., Esq.
W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131
(412) 288-3063 (Fax)

Dated: May 10, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 10th day of May, 2006, I served a copy of the within ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY, by electronic mail, to the following counsel of record:

| | |
|---|---|
| Brian R. Cunha, Esq. | brian@briancunha.com |
| Karen A. Alegria, Esq. | karen@briancunha.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Lauren D. Wilkins, Esq. | stationfire@smithbrink.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | stationfirelitigation@nixonpeabody.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |



PRV_803933_1/SPRIGNANO

| | |
|---|---|
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Bruce P. Keller, Esq. | bpkeller@debevoise.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Max Wistow, Esq. | mw@wistbar.com |
| Jessica Deanseris, Esq. | jdean@wistbar.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Peter Schneider, Esq. | pschneider@cmj-law.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul V. Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Charles L. Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Georgia A. Sullivan, Esq. | georgia.sullivan@thehartford.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Stephen A. Izzi, Esq. | sizzi@cox.net |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |



PRV_803933_1/SPRIGNANO

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| Dennis J. Roberts II, Esq. | kgoyer@djrlaw.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Christopher A. D. Hunt, Esq. | stationlitigation@cetcap.com |
| Mark E. Parksy, Esq. | mep@mcveyparsky-law.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| John D. Bambara, President | jbambara@sentinelproducts.net |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Peter L. Resnik, Esq. | presnik@mwe.com |
| John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |