**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, et al., Plaintiffs,** | : | |
| **vs.** | : | **C.A. No. 06-80-L** |
| **JEFFREY DERDERIAN, et al., Defendants.** | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANTS'[1] NOTICE OF ELECTION AS TO MOTION TO DISMISS AND PARTIAL MOTION TO DISMISS THIRD AMENDED MASTER COMPLAINT**

Plaintiffs in the above-captioned action respectfully request that the Court note their formal Objection for the record to the election of Defendants TVL Broadcasting, Inc., STC Broadcasting, Inc., LIN Television Corporation, LIN TV Corp., and TVL Broadcasting of Rhode Island, LLC as to their earlier granted Partial Motion to Dismiss in Gray, et al. v. Derderian, et al., C.A. No. 04-312-L. Plaintiffs understand that Defendants'[2] election is pursuant to the Consent Order entered on February 6, 2006 and anticipate application of the Court's previous ruling on their Partial Motion to Dismiss as to all claims by all Plaintiffs named in or adopting (as in the instant case) the Third Amended Master Complaint in Gray.

In what may well be an excess of caution, however, Plaintiffs file the instant Objection, incorporating all earlier memoranda and arguments by the Gray plaintiffs on the issues, so as to fully preserve any rights which they may later have on appeal.

---

[1] TVL Broadcasting, Inc.; STC Broadcasting, Inc.; LIN Television Corporation; LIN TV Corp. and TVL Broadcasting of Rhode Island, LLC.
[2] See n. 1.

Additionally, Plaintiffs in the above-captioned action object to certain defendants'[3] Partial Motion to Dismiss Third Amended Master Complaint, incorporating all earlier memoranda and arguments by the Gray plaintiffs on the issues, so as to fully preserve any rights which they may later have on appeal.

Plaintiffs,
By Their Attorneys,

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
email: jdean@wistbar.com

Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 (fax)
email: msb@msb-atty.com

[3] Lin Television Corporation; LIN TV Corp. and TVL Broadcasting of Rhode Island, LLC.

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 11th day of May, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | stationlitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | stationfire@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Ian Ridlon, Esq. | iridlon@burnslev.com |
| James A. Bigos, Esq. | jim@b-plaw.com |

| | |
|---|---|
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Cloherty, III | jcloherty@piercedavis.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |

| | |
|---|---|
| **Peter Resnik, Esq.** | presnik@mwe.com |
| **Peter Schneider, Esq.** | pschneider@cmjlaw.com |
| **Ralph J. Monaco, Esq.** | rmonaco.c-l@snet.net |
| **Randall L. Souza, Esq.** | stationfirelitigation@nixonpeabody.com |
| **Richard W. MacAdams, Esq.** | rmacadams@mandwlaw.com |
| **Robert T. Norton, Esq.** | rnorton@sloanewalsh.com |
| **Robert I. Reardon, Esq.** | reardonlaw@aol.com |
| **Ronald J. Creamer, Esq.** | resminilaw@yahoo.com |
| **Ronald Langlois, Esq.** | rlanglois@smithbrink.com |
| **Ronald J. Resmini, Esq.** | resminilaw@yahoo.com |
| **Russell Bramley, Esq.** | bramley@hbhlaw.net |
| **S. Michael Levin, Esq.** | mlevin@wszlaw.com |
| **Scott J. Tucker, Esq.** | stucker@ths-law.com |
| **Stefanie DiMaio-Larivee, Esq.** | fonia@msn.com |
| **Stephen T. Armato, Esq.** | stationlitigation@cetcap.com |
| **Stephen E. Breggia, Esq.** | sbreggia@bbglaw.us |
| **Stephen P. Fogerty, Esq.** | fogerty@halloran-sage.com |
| **Stephen J. MacGillivray, Esq.** | smacgillivray@eapdlaw.com |
| **Stephen M. Prignano, Esq.** | sprignano@eapdlaw.com |
| **Steven W. Kasten, Esq.** | skasten@mwe.com |
| **Steven A. Minicucci, Esq.** | sminicucci@calvinolaw.com |
| **Steven M. Richard, Esq.** | stationfirelitigation@nixonpeabody.com |
| **Susan S. Wettle, Esq.** | swettle@fbtlaw.com |
| **Suzanne O'Donoghue, Esq.** | sodonoghue@hcc-law.com |
| **T. Dos Urbanski, Esq.** | stationlitigation@melicklaw.com |
| **Thomas C. Angelone, Esq.** | angelonelaw@aol.com |
| **Thomas R. Bender, Esq.** | stationfire@hansoncurran.com |
| **Thomas W. Lyons, Esq.** | tlyons@straussfactor.com |
| **Timothy B. Hardwicke, Esq.** | timothy.hardwicke@lm.com |
| **Timothy A. Williamson, Esq.** | aminchillo@itwlaw.com |
| **Tracy L. Poppe, Esq.** | reardonlaw@aol.com |
| **W. Thomas McGough, Jr., Esq.** | tmcgough@reedsmith.com |
| **William F. Burke, Esq.** | wburke@apslaw.com |
| **William A. Filippo, Esq.** | wfilippo@calvinolaw.com |
| **William E. O'Gara, Esq.** | wogara@pld-law.com |

Jessica Deansen [signature]