UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO,<br>KIMBERLY NAPOLITANO,<br>PAUL BOERGER,<br>JESSICA WOOD, and<br>PHILIP BARR, | ) | |
| Plaintiffs, | ) | C.A. NO.: 06-801-L<br>(Adopting Third Amended Master Complaint in C.A. No. 04-312L) |
| v. | ) | |
| JEFFREY DERDERIAN, ET AL. | ) | |
| Defendants | ) | |

**DEFENDANT'S, LUNA TECH, INC.'S, ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT AND TO PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

The plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L*, along with the additional allegations and claims set forth in their Pro Forma Complaint. Luna Tech, Inc., hereby incorporates the answer to the Third Amended Master Complaint filed on its behalf in *Gray* as its answer to the Plaintiffs' Adoption.

Luna Tech, Inc. lacks knowledge or information sufficient for it to admit or deny the allegations in the Pro Forma Complaint.

Respectfully submitted,
LUNA TECH, INC.

Robert T. Norton (#5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: May 11, 2006

S:\VARIOUS PLAINTIFFS V. LUNA TECH - LE280-6098\Pleadings\NAPOLITANO\5-10-06 Ans to Pro Forma Complaint.doc

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this 11 day of May 2006.

Robert T. Norton

S:\VARIOUS PLAINTIFFS V. LUNA TECH - LE280-6098\Pleadings\LONG\5-8-06 Ans to Adoption of 3d Amended Master Complaint.doc