UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO,<br>KIMBERLY NAPOLITANO,<br>PAUL BOERGER,<br>JESSICA WOOD, and<br>PHILIP BARR,<br>Plaintiffs | : | |
| vs. | : | C.A. No.: 06-080-L |
| JEFFEREY DERDERIAN, *et al.*<br>Defendants | : | |

**DEFENDANTS GENERAL FOAM CORPORATION, GFC FOAM, LLC, PMC, INC., AND PMC GLOBAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE PRO FORMA COMPLAINT OF PLAINTIFFS STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD AND PHILIP BARR**

Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc., and PMC Global, Inc.,[1] in response to Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation (the "Pro Forma Complaint") and for their Answer and Affirmative Defenses, hereby adopt and incorporate by reference as if fully rewritten herein, their Answer and Affirmative Defenses in response to Plaintiffs' Third Master Amended Complaint with the additional parties and causes of action in *Gray, et al v. Jefferey Derderian, et al* (C.A. No. 1:04-CV-312-L).[2]

In further response to the enumerated allegations contained in Plaintiffs' Pro Forma Complaint, GFC and PMC state as follows:

[1] Defendants General Foam Corporation and GFC Foam, LLC, are referred to collectively as "GFC"; PMC, Inc. and PMC Global, Inc. appear collectively as "PMC."

[2] Plaintiffs have adopted the Third Amended Master Complaint in *Gray, et al v. Derderian, et al* and have filed a pro forma complaint in these proceedings.

1-5. GFC and PMC state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1-5 of the Plaintiffs' Pro Forma Complaint, and therefore GFC and PMC cannot admit or deny these allegations.

**WHEREFORE,** Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. pray that:

(a) All claims asserted by or on behalf of these plaintiffs be dismissed with prejudice as to General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc.;

(b) Plaintiffs' demand for relief against General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. be denied in every respect;

(c) General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) The Court grant such other and further relief as may be just, proper, and equitable.

Respectfully submitted,

HIGGINS CAVANAGH & COONEY

/s/ James A. Ruggieri

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 22nd day of May, 2006, to the following counsel of record:

John R. Mahoney, Esq.
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Stationfire@blishcavlaw.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian@Briancunha.com

C. Russell Bengtson, Esq.
Rbengtson@ackmlaw.com

Marc DeSisto, Esq.
Kathleen D. Daniels, Esq.
Stationfire@DeSistolaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
Pjones@cmj-law.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com

Michael R. DeLuca, Esq.
MRD@gsm-law.com

Mark C. Hadden, Esq.
Mhadden@mhaddenlaw.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
mnugent@morrisonmahoney.com

John J. Nazzaro, Esq.
attynazzaro@aol.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
dmaroney@kkrs.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

James R. Lee, Esq.
jlee@riag.ri.gov

Ronald J. Resmini, Esq.
Ronald J. Creamer,. Esq.
Resminilaw@yahoo.com

Joseph B. Burns, Esq.
jburns@rms-law.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

Christopher C. Fallon, Jr., Esq.
Cfallon@Cozen.com

Michael Potenza, Esq.
Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
mpotenza@debevoise.com
bkeller@debevoise.com

Stephanie DiMaio Larivee, Esq.
James Howe, Esq.
fonia@msn.com

Michael A. St. Pierre, Esq.
mikesp@rrsplaw.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Thomas C. Angelone, Esq.
angelonelaw@aol.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com
ehermanson@choate.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Charles N. Redihan, Esq.
Credihan@kprlaw.com