UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, et al :
Plaintiffs :

v. : C.A. NO. 06-801L

JEFFREY DERDERIAN, et al :
Defendants :

**ANSWER OF DEFENDANT, SURPLEX UNDERWRITERS, INC., TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs in the above-captioned matter have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al,* C.A. No. 04-312-L, in its entirety, as stated in their "Pro Forma Complaint Regarding Station Nightclub Fire Litigation," filed February 17, 2006. Defendant, Surplex Underwriters, Inc., hereby repeats and incorporates by reference herein its responses to *Gray* Plaintiffs' Third Amended Master Complaint, as filed on its behalf, as its answer to the *Napolitano* Plaintiffs' Pro Forma Complaint as fully set forth herein.

Furthermore, as to Paragraphs (1) though (5) in the *Napolitano* Plaintiffs' Pro Forma Complaint, Defendant Surplex Underwriters, Inc., hereby responds as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

WHEREFORE, Defendant, Surplex Underwriters, Inc., demands judgment, dismissing the Plaintiffs' claims, with prejudice, and that it be awarded costs and such other relief as the Court deems just.

Defendant, Surplex Underwriters, Inc., demand a trial by jury.

Defendant,
Surplex Underwriters, Inc.,
By and Through Its Attorney,

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH
& BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify on this 18th day of May, 2006, that an exact copy of the within Answer was electronically mailed to the individuals list in the attached Exhibit "A":

# EXHIBIT "A"

| | |
|---|---|
| Thomas C. Angelone, Esquire | angelonelaw@aol.com |
| C. Russell Bengtson, Esquire | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esquire | boyerlaw1@aol.com |
| Stephen E. Breggia, Esquire | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esquire | kbowen@bbglaw.us |
| Joseph B. Burns, Esquire | jburns@rms-law.com |
| Mark D. Cahill, Esquire | mcahill@choate.comm |
| Eric Bradford Hermanson, Esquire | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esquire | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esquire | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esquire | stationfire@blishcavlaw.com |
| Edward M. Crane, Esquire | ecrane@skadden.com |
| Deborah Solmor, Esquire | dsolmor@skadden.com |
| Brian Cunha, Esquire | brian@briancunha.com |
| Karen A. Alegria, Esqure | karen@briancunha.com |
| Anthony F. DeMarco, Esquire | tdemarco@conversent.net |
| Mark T. Reynolds, Esquire | mtreynolds@conversent.net |
| Marc DeSisto, Esquire | stationfire@desistolaw.com |
| Robert T. Norton, Esquire | rnorton@sloanewalsh.com |
| Curtis Diedrich, Esquire | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esquire | fonia@msn.com |
| Mark P. Dolan, Esquire | ricedolank@aol.com |
| T. Dos Urbanski, Esquire | stationlitication@melicklaw.com |
| Allen J. McCarthy, Esquire | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esquire | stationlitigation@melicklaw.com |
| Christopher C. Fallon, Jr., Esquire | cfallon@cozen.com |
| Stephen P. Fogerty, Esquire | fogerty@halloran-sage.com |
| Mark Hadden, Esquire | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esquire | chenlein@fbtlaw.com |
| John R. Crockett, III, Esquire | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esquire | swettle@fbtlaw.com |
| Edward T, Hinchey, Esquire | ehinchey@sloanewalsh.com |
| Daniel Horgan, Esquire | horganlaw@snet.net |
| Patrick T. Jones, Esquire | pjones@cmjlaw.com |
| Peter Schneider, Esquire | pschneider@cmjlaw.com |
| Howard Julian, Esquire | sohchomes@yahoo.com |
| Bruce P. Keller, Esquire | bkeller@debevoise.com |
| Fred A,. Kelly, Jr., Esquire | stationfirelitigation@nixonpeabody.com |

| | |
|---|---|
| Steven M. Richard, Esquire | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon, Esquire | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski, Esquire | josephkrowski.law@verizon.net |
| Ronald Langlois, Esquire | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esquire | lwilkins@smithbrink.com |
| James R. Lee, Esquire | jlee@riag.ri.gov |
| Thomas W. Lyons, Esquire | tlyons@straussfactor.com |
| Richard W. MacAdams, Esquire | rmacadams@mandwlaw.com |
| John R. Mahoney, Esquire | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esquire | emancuso@hwac.com |
| Mark S. Mandell, Esquire | msb@msb-atty.com |
| W. Thomas McGough, Jr., Esquire | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esquire | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esquire | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esquire | mfm@lmkbw.com |
| Howard A. Merten, Esquire | hmerten.station@psh.com |
| Benjamin V. White III, Esquire | bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esquire | sminicucci@calvinolaw.com |
| William A. Filippo, Esquire | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esquire | rmonaco.c-l@snet.net |
| James T. Murphy, Esquire | stationfire@hansoncurran.com |
| Thomas R. Bender, Esquire | stationfire@hansoncurran.com |
| Kelly N. Michels, Esquire | stationfire@hansoncurran.com |
| John J. Nazzaro, Esquire | attynazzaro@aol.com |
| Mark T. Nugent, Esquire | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esquire | pvsullivan@morrisonmahoney.com |
| Kate Harden, Esquire for J. Renn Olenn, Esquire | kbh@olenn-penza.com |
| Michael Potenza, Esquire | mpotenza@debevoise.com |
| Stephen M. Prignano, Esquire | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esquire | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esquire | reardonlaw@aol.com |
| Tracy L. Poppe, Esquire | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esquire | credihan@kprlaw.com |
| James H. Reilly, III, Esquire | jreilly@kkrs.com |
| Donald J. Maroney, Esquire | dmaroney@kkrs.com |
| Ronald J. Resmini, Esquire | resminilaw@yahoo.com |
| Ronald J. Creamer, Esquire | resminilaw@yahoo.com |
| James A. Ruggieri, Esquire | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esquire | sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esquire | mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esquire | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esquire | aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esquire | atrevelise@reedsmith.com |
| Scott J. Tucker, Esquire | stucker@ths-law.com |

| | |
|---|---|
| Earl H. Walker, Esquire | ewalker@jw.com |
| Charles Babcock, Esquire | cbabcock@jw.com |
| Nancy W. Hamilton, Esquire | nhamilton@jw.com |
| Max Wistow, Esquire | mw@wistbar.com |
| George E. Wolf, III, Esquire | gwolf@shb.com |
| Ann Songer, Esquire | asonger@shb.com |
| Wistow & Barylick, Inc. | jdean@wistbar.com |