UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEALED AIR CORP., U.S.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Delaware, Office of the Secretary of State, Defendant Sealed Air Corp., U.S., is a Delaware corporation with an agent for service of process listed as Corporation Service Company, 2711 Centerville Road – Suite 400, Wilmington, DE 19808.

4. On March 24, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to Corporation Service Company (Agent for Service of Process), 2711 Centerville Road – Suite 400, Wilmington, DE 19808.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 27, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80L

TO: (Name and address of Defendant)

Sealed Air Corp., U.S.
c/o Corporation Service Company (Agent for Service of Process)
2711 Centerville Road - Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 4-4-06

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sealed Air Corp., U.S.
c/o Corporation Service Company
(Agent for Service of Process)
2711 Centerville Rd - Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (Printed Name) Laura Cooper C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19850
APR 27 2006
USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 2890 0002 0028 3252

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEALED AIR CORP.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Delaware, Office of the Secretary of State, Defendant Sealed Air Corp., is a Delaware corporation with an agent for service of process listed as The Prentice Hall Corporation System, Inc., 2711 Centerville Road – Suite 400, Wilmington, DE 19808.

4. On March 24, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to The Prentice Hall Corporation System, Inc. (Agent for Service of Process), 2711 Centerville Road – Suite 400, Wilmington, DE 19808.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 27, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80L

TO: (Name and address of Defendant)

Sealed Air Corp.
c/o The Prentice Hall Corporation System, Inc. (Agent for Service of Process)
2711 Centerville Road - Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Burke

DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sealed Air Corp.
c/o Prentice Hall Corporatin System, Inc.
(Agent for Service of Process)
2711 Centerville Rd - Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19808
APR 27 2006
USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7004 2890 0002 0028 3399

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON CELOTEX CORP.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Delaware, Office of the Secretary of State, Defendant Celotex Corp., is a Delaware corporation with an agent for service of process listed as The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

4. On April 24, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to The Corporation Trust Company (Agent for Service of Process), Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 27, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Celotex Corp.
c/o The Corporation Trust Company (Agent for Service of Process)
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Celotex Corp.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 27 APR 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RODNEY SQ STA

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2890 0002 0028 3382

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON FFNC, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Nebraska, Office of the Secretary of State, Defendant FFNC, Inc., is a Nebraska corporation with an agent for service of process listed as Gregory W. Searson, Suite 1190, 2120 South 72nd Street, Omaha, NE 68124.

4. On May 2, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to Gregory W. Searson (Agent for Service of Process), Suite 1190, 2120 South 72nd Street, Omaha, NE 68124.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on May 8, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

FFNC, Inc.
c/o Gregory W. Searson (Agent for Service of Process)
Suite 1190
2120 South 72nd Street
Omaha, NE 68124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Chief Deputy Clerk

(By) DEPUTY CLERK

DATE 4-4-06

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FFNC, Inc.
c/o Gregory W. Searson (Agent for Service of Process)
Suite 1190
2120 South 72nd Street
Omaha, NE 68124

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Theresa Swanson ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Theresa Swanson

C. Date of Delivery 5-8-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2890 0002 0028 2873

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON FRAMINGHAM-150 REALTY LIMITED PARTNERSHIP BY FRAMINGHAM-150 REALTY, INC., IT'S GENERAL PARTNER**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Massachusetts, Office of the Secretary of State, the General Partner of Defendant Famingham-150 Realty Limited Partnership is Framingham-150 Realty, Inc., a Massachusetts corporation with an agent for service of process listed as Stewart F. Grossman, Esquire, 101 Arch Street, 9th Floor, Boston, MA 02110.

4. On April 24, 2006, a copy of the Summons and Napolitano Complaint were by certified mail, return receipt requested to Steward F. Grossman, Esquire (Agent for Service of Process), 101 Arch Street, 9th Floor, Boston, MA 02110.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 25, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Framingham-150 Realty Limited Partnership by Framingham-150 Realty, Inc., its General Partner
c/o Stewart F. Grossman, Esq. (Agent for Service of Process)
101 Arch Street, 9th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Framingham-150 Realty Limited
Partnership by Framingham-150
Realty, Inc., its General Partner
c/o Stewart F. Grossman, Esq.
(Agent for Service of Process)
101 Arch Street, 9th Floor
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Walker
☐ Agent
☐ Addressee

B. Received by (Printed Name) James Walker

C. Date of Delivery 04/23/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 2890 0002 0028 3375

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEEKONK-226 LIMITED PARTNERSHIP BY SEEKONK-226, INC., IT'S GENERAL PARTNER**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Massachusetts, Office of the Secretary of State, the General Partner of Defendant Seekonk-226 Limited Partnership is Seekonk-226, Inc., a Massachusetts corporation with an agent for service of process listed as Stewart F. Grossman, Esquire, 101 Arch Street, 9th Floor, Boston, MA 02110.

4. On April 24, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to Stewart F. Grossman, Esquire (Agent for Service of Process), 101 Arch Street, 9th Floor, Boston, MA 02110.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 25, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 3rd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Seekonk-226 Limited Partnership By Seekonk-226, Inc., its General Partner
c/o Stewart F. Grossman, Esq. (Agent for Service of Process)
101 Arch Street, 9th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seekonk-226 Limited Partnership By
Seekonk-226, Inc., its General Partner
c/o Stewart F. Grossman, Esq.
(Agent for Service of Process)
101 Arch St., 9th Floor
Boston, MA 02110

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Jane S Cutler

C. Date of Delivery 4/25/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 2890 0002 0028 3351

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SENTINEL PRODUCTS CORP.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the Commonwealth of Massachusetts, Office of the Secretary of State and the New York State Secretary of State's Office, Defendant Sentinel Products Corp., is a New York corporation with John D. Bambara listed as President, 96 Airport Road, Hyannis, MA 02601.

4. On April 24, 2006, a copy of the Summons and Napolitano Complaint were by certified mail, return receipt requested to John D. Bambara, President, 96 Airport Road, Hyannis, MA 02601.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on or about May 1, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR**

V.

**JEFFREY DERDERIAN, et al.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-80 L**

TO: (Name and address of Defendant)

**Sentinel Products Corp.
c/o John D. Bambara, President (Agent for Service of Process)
96 Airport Road
Hyannis, MA 02601**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752**

**Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
CLERK **Chief Deputy Clerk**

4-4-06
DATE

(By) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentinel Products Corp.
c/o John D. Bambara, President
(Agent for Service of Process)
96 Airport Road
Hyannis, MA 02601

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [illegible] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2890 0002 0028 3245

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON PACTIV CORPORATION**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Delaware, Office of the Secretary of State, Defendant Pactiv Corporation., is a Delaware corporation with an agent for service of process listed as The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

4. On April 24, 2006, a copy of the Summons and Napolitano Complaint were by certified mail, return receipt requested to The Corporation Trust Company (Agent for Service of Process), Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on April 27, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Pactiv Corporation
c/o The Corporation Trust Company (Agent for Service of Process)
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pactiv Corporation
c/o The Corporation Trust
Company (Agent for Service of
Process)
1209 Orange Street
Wilmington, DE 19801

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
27 APR 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark stamp: 28 ... 19801]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2890 0002 0028 3238

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON LEGGETT & PLATT INCORPORATED**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. According to the State of Missouri, Office of the Secretary of State, Defendant Leggett & Platt, Incorporated, is a Delaware corporation with an agent for service of process listed as Ernest C. Jett, No. 1 Leggett Road, Carthage, Missouri 64836.

4. On May 2, 2006, a copy of the Summons and Napolitano Complaint were mailed by certified mail, return receipt requested to Ernest C. Jett (Agent for Service of Process), No. 1 Leggett Road, Carthage, Missouri 64836.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on May 5, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Leggett & Platt, Incorporated
c/o Ernest C. Jett (Agent for Service of Process)
No. 1 Leggett Road
Carthage, MO 64836

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK

Chief Deputy Clerk

(By) DEPUTY CLERK

4-4-06

DATE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leggett & Platt, Incorporated
c/o Ernest C. Jett (Agent for Service of Process)
No. 1 Leggett Road
Carthage, MO 64836

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shira Willis
☐ Agent
☐ Addressee

B. Received by (Printed Name) Shira Willis

C. Date of Delivery 5/5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 2890 0002 0028 3337

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON L&P FINANCIAL SERVICES CO.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 15, 2006.

3. According to the State of Missouri, Office of the Secretary of State, Defendant L&P Financial Services Co. is a Delaware corporation with an agent for service of process listed as The Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

4. On May 2, 2006, a copy of the Summons and Napolitano Complaint were by certified mail, return receipt requested to The Corporation Trust Center (Agent for Service of Process), 1209 Orange St., Wilmington, DE 19801.

5. The attached return receipt indicates that the copy of the Summons and Napolitano Complaint were delivered on May 5, 2006. See original Return Receipt, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

L&P Financial Services Co.
c/o The Corporation Trust Center (Agent for Service of Process)
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L&P Financial Services Co.
c/o The Corporation Trust Center
(Agent for Service of Process)
1209 Orange Street
Wilmington, DE 19801

JMP

2. Article Number (Transfer from service label) 7004 2890 0002 0028 3344

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Scott LaScala ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 05 MAY 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540