AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Frances A. Villanova
16 Dennell Drive
Lincoln, RI 02865

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-24-06 |
|---|---|
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Frances A. Villanova

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| [illegible] | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/06 Ronald Russo
Date Signature of Server

PO Box 7588
Address of Server

X

2006 MAY 23 P 12:03
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Chief Deputy Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5-2-06
2pm wtr

AO 440 (Rev. 10/93) Summons in a Civil Action

5-13-06
11:12 AM
wvte.

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-801L

TO: (Name and address of Defendant)

Howard Julian
570 Shermantown Road
Saunderstown, RI 02874

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dike
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-15-06 |
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Howard Julian Town Box North Kingstown

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-15-06
Date

[signature]
Signature of Server

PO BOX 7588 Warwick
Address of Server

X [signature]

[signature]
Chief Deputy Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.