UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80 L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON BRIAN BUTLER**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Brian Butler c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Brian Butler.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Brian Butler. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Brian Butler
c/o Charles L. Babcock, Esq. (Agent for Service of Process)
Jackson Walker, LLP
1401 McKinney, Ste. 1900
Houston, TX 77010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : <br> : <br> : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : <br> : <br> : | |

## ACKNOWLEDGEMENT

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.
Charles L. Babcock, Esq.

Dated: april 24, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.

Charles L. Babcock, Esq.

Dated: April 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON LIN TELEVISION CORPORATION**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to LIN Television Corporation c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of LIN Television Corporation.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of LIN Television Corporation. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

LIN Television Corporation
c/o Charles L. Babcock, Esq. (Authorized Agent for Service of Process)
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-801L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON LIN T.V. CORP.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to LIN T.V. Corp. c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of LIN T.V. Corp.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of LIN T.V. Corp. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

LIN T.V. Corp.
c/o Charles L. Babcock, Esq. (Authorized Agent for Service of Process)
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.

Charles L. Babcock, Esq.

Dated: april 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80 L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON STC BROADCASTING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to STC Broadcasting, Inc. c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of STC Broadcasting, Inc.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of STC Broadcasting, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

STC Broadcasting, Inc.
c/o Charles L. Babcock, Esq. (Agent for Sevice of Process)
Jackson Walker, LLP
1401 McKinney, Ste. 1900
Houston, TX 77010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube [signature]
Chief Deputy Clerk

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.

Charles L. Babcock, Esq.

Dated: april 24, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.
Charles L. Babcock, Esq.

Dated: april 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON TVL BROADCASTING OF RHODE ISLAND, LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to TVL Broadcasting of Rhode Island, LLC c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of TVL Broadcasting of Rhode Island, LLC.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of TVL Broadcasting of Rhode Island, LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

TVL Broadcasting of Rhode Island, LLC
c/o Charles L. Babcock, Esq. (Authorized Agent for Service of Process)
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Charles L. Babcock, Esq., am authorized to accept service of process on behalf of Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Brian Butler, TVL Broadcasting, Inc., STC Broadcasting, Inc., TVL Broadcasting of Rhode Island, LLC, LIN Television Corporation and LIN T.V. Corp. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Charles L. Babcock, Esq.

Charles L. Babcock, Esq.

Dated: april 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80 L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON TVL BROADCASTING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to TVL Broadcasting, Inc. c/o Charles L. Babcock, Esquire, Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of TVL Broadcasting, Inc.

4. On April 24, 2006, Attorney Babcock signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of TVL Broadcasting, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

Charles L. Babcock, Esquire
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

TVL Broadcasting, Inc.
c/o Charles L. Babcock, Esq. (Agent for Service of Process)
Jackson Walker, LLP
1401 McKinney, Ste. 1900
Houston, TX 77010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dike
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK