UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON McLAUGHLIN & MORAN**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 1, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to McLaughlin & Moran c/o Howard Merten, Esquire, Partridge Snow & Hahn LLP, 180 South Main Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of McLaughlin & Moran.

4. On May 4, 2006, Attorney Merten signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of McLaughlin & Moran. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Howard Merten, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

McLaughlin & Moran
c/o Howard Merten, Esquire (Agent for Service of Process)
Vetter & White
20 Washington Place
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube

DATE 4-4-06

Chief Deputy Clerk
(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Howard Merten, Esq., am authorized to accept service of process on behalf of McLaughlin & Moran and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, McLaughlin & Moran agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, McLaughlin & Moran acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

[signature]

Howard Merten, Esq.

Dated: 5/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ANHEUSER-BUSCH, INCORPORATED**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. Anheuser-Busch, Incorporated, c/o Joseph V. Cavanagh, Jr., Esquire, Blish & Cavanagh LLP, 30 Exchange Terrace, Providence, RI 02903 (Authorized Agent for Service of Process), received a copy of the Summons and Napolitano Complaint.

4. On April 28, 2006, Attorney Cavanagh signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Anheuser-Busch, Incorporated. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Joseph V. Cavanagh, Jr., Esquire
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Anheuser-Busch, Incorporated
c/o Joseph Cavanagh, Esq. (Authorized Agent for Service of Process)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al. Plaintiffs | : | |
| | : | |
| vs. | : | C.A. No. 06-80-L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

ACKNOWLEDGMENT

1. I, Joseph V. Cavanagh, Jr., am authorized to accept service of process on behalf of Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. acknowledge that full and complete service of process has been made in satisfaction of and in compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. retain all defenses and/or objections to this lawsuit and/or to jurisdiction or venue of the court except for objections on a defect in the summons or in the service of the summons.

3LISH & CAVANAGH
'OUNSELLORS AT LAW
COMMERCE CENTER
) EXCHANGE TERRACE
OVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., BUSCH ENTERTAINMENT CORPORATION AND BUSCH MEDIA GROUP, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
stationfire@blishcavlaw.com

Dated: 4/28/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ANHEUSER-BUSCH COMPANIES, INCORPORATED**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. Anheuser-Busch Companies, Incorporated, c/o Joseph V. Cavanagh, Jr., Esquire, Blish & Cavanagh LLP, 30 Exchange Terrace, Providence, RI 02903 (Authorized Agent for Service of Process), received a copy of the Summons and Napolitano Complaint.

4. On April 28, 2006, Attorney Cavanagh signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Anheuser-Busch Companies, Incorporated See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Joseph V. Cavanagh, Jr., Esquire
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Anheuser-Busch Companies, Incorporated
c/o Joseph Cavanagh, Esq. (Agent for Service of Process)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al.<br>Plaintiffs | : | |
| | : | |
| vs. | : | C.A. No. 06-80-L |
| | : | |
| JEFFREY DERDERIAN, et al.<br>Defendants | :<br>: | |

ACKNOWLEDGMENT

1. I, Joseph V. Cavanagh, Jr., am authorized to accept service of process on behalf of Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. acknowledge that full and complete service of process has been made in satisfaction of and in compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. retain all defenses and/or objections to this lawsuit and/or to jurisdiction or venue of the court except for objections on a defect in the summons or in the service of the summons.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765

(401) 831-8900
FAX (401) 751-7542

ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., BUSCH ENTERTAINMENT CORPORATION AND BUSCH MEDIA GROUP, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
stationfire@blishcavlaw.com

Dated: 4/28/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com