UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON WHJY, INC. and CAPSTAR RADIO BROADCASTING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 1, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to WHJY, Inc. and Capstar Radio Broadcasting, Inc. c/o Stephen M. Prignano, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of WHJY, Inc. and Capstar Radio Broadcasting, Inc.

4. On May 3, 2006, Attorney Prignano signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of WHJY, Inc. and Capstar Radio Broadcasting, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Stephen M. Prignano, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)
WHJY, Inc. and
Capstar Radio Operating Company
c/o Stephen M. Prignano, Esq. (Agent for Service of Process)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : <br> : <br> : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : <br> : <br> : | |

## ACKNOWLEDGEMENT

1. I, Stephen M. Prignano, Esq., am authorized to accept service of process on behalf of WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Stephen M. Prignano, Esq.

Dated: 5/3/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON CLEAR CHANNEL BROADCASTING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 1, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Clear Channel Broadcasting, Inc. c/o Stephen M. Prignano, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Clear Channel Broadcasting, Inc.

4. On May 3, 2006, Attorney Prignano signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Clear Channel Broadcasting, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Stephen M. Prignano, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Clear Channel Broadcasting, Inc.
c/o Stephen M. Prignano, Esq. (Agent for Service of Process)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Stephen M. Prignano, Esq., am authorized to accept service of process on behalf of WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, WHJY, Inc. and Capstar Radio Broadcasting, Inc. and Clear Channel Broadcasting, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Stephen M. Prignano, Esq.

Dated: 5/3/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON DANIEL BIECHELE**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Daniel Biechele c/o Donald J. Maroney, Esquire, Kelly, Kelleher, Reilly & Simpson, 146 Westminster Street, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Daniel Biechele.

4. On May 4, 2006, Attorney Maroney signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Daniel Biechele. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Donald J. Maroney, Esquire
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Daniel Biechele
c/o Donald J. Maroney, Esq.(Authorized Agent for Service of Process)
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: Paulette J. Dube
DATE: 4-4-06

Chief Deputy Clerk
(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-801L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Donald J. Maroney, Esq., am authorized to accept service of process on behalf of Daniel Biechele and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Daniel Biechele agrees to waive any potential requirement that he receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Daniel Biechele acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Donald J. Maroney

Donald J. Maroney, Esq.

Dated: 5/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON BARRY WARNER**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 2, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Barry Warner c/o Ronald Langlois, Esquire, Smith & Brink, One State Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Barry Warner

4. On May 5, 2006, Attorney Langlois signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Barry Warner See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 12 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Ronald Langlois, Esquire
Smith & Brink
One State Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Barry H. Warner
c/o Ronald Langlois, Esq.
Smith & Brink
One State Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
CLERK
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Ronald Langlois, Esq., am authorized to accept service of process on behalf of Barry Warner and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Barry Warner agrees to waive any potential requirement that he receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Barry Warner acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

R Langlois
Ronald Langlois, Esq.

Dated: 5/5/06