UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT RECORDS, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight Records, Inc. c/o Steven M. Richard, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Records, Inc.

4. On April 21, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight Records, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of April, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of April, 2006.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight Records, Inc.
c/o Steven M. Richard, Esq. (Agent for Service of Process)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| | : | 06-80-L |
| **vs.** | : | **C.A. NO. ~~06-801L~~** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Steven M. Richard, Esq., am authorized to accept service of process on behalf of Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Steven M. Richard

Steven M. Richard, Esq. (4403)

Dated: 4/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON MANIC MUSIC MANAGEMENT, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Manic Music Management, Inc. c/o Steven M. Richard, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Manic Music Management, Inc.

4. On April 21, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Manic Music Management, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of April 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of April, 2006.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Manic Music Management, Inc.
c/o Steven M. Richard, Esq. (Authorized Agent for Service of Process)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[signature] 4-4-06

CLERK DATE

Chief Deputy Clerk

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, ET AL
PLAINTIFFS,

vs. C.A. NO. ~~06-801L~~ 06-80-L

JEFFREY DERDERIAN, ET AL.,
DEFENDANTS

ACKNOWLEDGEMENT

1. I, Steven M. Richard, Esq., am authorized to accept service of process on behalf of Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Steven M. Richard

Steven M. Richard, Esq. (4403)

Dated: 4/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON PAUL WOOLNOUGH**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Paul Woolnough c/o Steven M. Richard, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Paul Woolnough.

4. On April 21, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Paul Woolnough. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of April, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of April, 2006.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80-L

TO: (Name and address of Defendant)

Paul Woolnough
c/o Steven M. Richard, Esq. (Agent for Service of Process)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke (signature)
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | 06-80-L |
| **vs.** | : | **C.A. NO.** ~~06-801L~~ |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Steven M. Richard, Esq., am authorized to accept service of process on behalf of Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Steven M. Richard

Steven M. Richard, Esq. (4403)

Dated: 4/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON JACK RUSSELL TOURING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Jack Russell Touring, Inc. c/o Steven M. Richard, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Jack Russell Touring, Inc.

4. On April 21, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Jack Russell Touring, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of April, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of April, 2006.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Jack Russell Touring, Inc.
c/o Steven M. Richard, Esq. (Authorized Agent for Service of Process)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO.** ~~**06-801L**~~ 06-80-L |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Steven M. Richard, Esq., am authorized to accept service of process on behalf of Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Steven M. Richard
Steven M. Richard, Esq. (4403)

Dated: 4/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON JACK RUSSELL**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Jack Russell c/o Steven M. Richard, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Jack Russell.

4. On April 21, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Jack Russell. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of April, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of April, 2006.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Jack Russell
c/o Steven M. Richard, Esq. (Authorized Agent for Service of Process)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | 06-80-L |
| **vs.** | : | **C.A. NO.** ~~06-801L~~ |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Steven M. Richard, Esq., am authorized to accept service of process on behalf of Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Felice, and Eric Powers acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Steven M. Richard

Steven M. Richard, Esq. (4403)

Dated: 4/21/06