UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ABC BUS, INC. d/b/a ABC BUS LEASING, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 26, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. c/o T. Dos Urbanski, Esquire, Melick, Porter & Shea, LLP., 369 South Main Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc.

4. On May 3, 2006, Attorney Urbanski signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

T. Dos Urbanski, Esquire
Melick, Porter & Shea, LLP
369 South Main Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc.
c/o T. Dos Urbanski, Esq. (Agent for Service of Process)
Melick, Porter & Shea, LLP
369 South Main Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, T. Dos Urbanski, Esq., am authorized to accept service of process on behalf of ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc and Superstar Services, LLC and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and complaint, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. and Superstar Services, LLC agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. and Superstar Services, LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

T. Dos Urbanski

T. Dos Urbanski, Esq.

Dated: 5/3/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON JBL, INCORPORATED F/K/A JAMES B. LANSING SOUND, INCORPORATED D/B/A JBL PROFESSIONAL**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 2, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional c/o C. Russell Bengtson, Esquire, Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional.

4. On May 8, 2006, Attorney Bengtson signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

C. Russell Bengtson, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

JBL, Incorporaed f/k/a James B. Lansing Sound, Incorporation d/b/a JBL Professional
c/o C. Russell Bengtson, Esq. (Agent for Service of Process)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, C. Russell Bentson, Esq., am authorized to accept service of process on behalf of JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, agrees to JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

C. Russell Bengtson, Esq.

Dated: **05/08/06**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON TRITON REALTY LIMITED PARTNERSHIP**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Triton Realty Limited Partnership c/o James T. Murphy, Esquire, Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Triton Realty Limited Partnership.

4. On April 27, 2006, Attorney Murphy signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Triton Realty Limited Partnership. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

James T. Murphy, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Triton Realty Limited Partnership
c/o James T. Murphy, Esq. (Authorized Agent for Service of Process)
Hanson Curran LLP
148 Westminster St.
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK
Chief Deputy Clerk
(By) DEPUTY CLERK

4-4-06
DATE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : <br> : <br> : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : <br> : <br> : | |

**ACKNOWLEDGEMENT**

1. I, James T. Murphy, Esq., am authorized to accept service of process on behalf of Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

James T. Murphy, Esq.

Dated: 4/27/06 (KWM)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON TRITON REALTY, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Triton Realty, Inc. c/o James T. Murphy, Esquire, Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Triton Realty, Inc.

4. On April 27, 2006, Attorney Murphy signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Triton Realty, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

James T. Murphy, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Triton Realty, Inc.
c/o James T. Murphy, Esq. (Authorized Agent for Service of Process)
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke

DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, James T. Murphy, Esq., am authorized to accept service of process on behalf of Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

James T. Murphy, Esq.

Dated: 4/27/06 (KNM)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON RAYMOND J. VILLANOVA**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Raymond J. Villanova c/o James T. Murphy, Esquire, Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Raymond J. Villanova.

4. On April 27, 2006, Attorney Murphy signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Raymond J. Villanova. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 2nd day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 2nd day of May, 2006.

James T. Murphy, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Raymond Villanova
c/o James T. Murphy, Esq. (Agent for Service of Process)
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, James T. Murphy, Esq., am authorized to accept service of process on behalf of Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

James T. Murphy, Esq.

Dated: 4/27/06 (KNM)