UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON BUSCH ENTERTAINMENT CORPORATION**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. Busch Entertainment Corporation, c/o Joseph V. Cavanagh, Jr., Esquire, Blish & Cavanagh LLP, 30 Exchange Terrace, Providence, RI 02903 (Authorized Agent for Service of Process), received a copy of the Summons and Napolitano Complaint.

4. On April 28, 2006, Attorney Cavanagh signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Bush Entertainment Corporation. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Joseph V. Cavanagh, Jr., Esquire
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Busch Entertainment Corporation
c/o Joseph V. Cavanagh, Jr., Esq. (Authorized Agent for Service of Process)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al. Plaintiffs | : | |
| | : | |
| vs. | : | C.A. No. 06-80-L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

ACKNOWLEDGMENT

1. I, Joseph V. Cavanagh, Jr., am authorized to accept service of process on behalf of Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. acknowledge that full and complete service of process has been made in satisfaction of and in compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. retain all defenses and/or objections to this lawsuit and/or to jurisdiction or venue of the court except for objections on a defect in the summons or in the service of the summons.

3LISH & CAVANAGH
'OUNSELLORS AT LAW
COMMERCE CENTER
) EXCHANGE TERRACE
OVIDENCE, RI 02903-1765

(401) 831-8900
FAX (401) 751-7542

ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., BUSCH ENTERTAINMENT CORPORATION AND BUSCH MEDIA GROUP, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
stationfire@blishcavlaw.com

Dated: 4/28/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON BUSCH MEDIA GROUP, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. Busch Media Group, Inc., c/o Joseph V. Cavanagh, Jr., Esquire, Blish & Cavanagh LLP, 30 Exchange Terrace, Providence, RI 02903 (Authorized Agent for Service of Process), received a copy of the Summons and Napolitano Complaint.

4. On April 28, 2006, Attorney Cavanagh signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Bush Media Group, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Joseph V. Cavanagh, Jr., Esquire
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-801L

TO: (Name and address of Defendant)

Busch Media Group, Inc.
c/o Joseph V. Cavanagh, Jr., Esq. (Authorized Agent for Service of Process)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, et al.
Plaintiffs :
:
vs. : C.A. No. 06-80-L
:
JEFFREY DERDERIAN, et al. :
Defendants :

ACKNOWLEDGMENT

1. I, Joseph V. Cavanagh, Jr., am authorized to accept service of process on behalf of Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. acknowledge that full and complete service of process has been made in satisfaction of and in compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. By accepting this service of process, Anheuser-Busch Companies, Inc. Anheuser-Busch, Inc., Busch Entertainment Corporation and Busch Media Group, Inc. retain all defenses and/or objections to this lawsuit and/or to jurisdiction or venue of the court except for objections on a defect in the summons or in the service of the summons.

3LISH & CAVANAGH
:OUNSELLORS AT LAW
COMMERCE CENTER
) EXCHANGE TERRACE
OVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., BUSCH ENTERTAINMENT CORPORATION AND BUSCH MEDIA GROUP, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
stationfire@blishcavlaw.com

Dated: 4/28/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON LUNA TECH, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Luna Tech, Inc. c/o Robert T. Norton, Esquire, Sloane and Walsh, LLP, 127 Dorrance Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Luna Tech, Inc.

4. On May 2, 2006, Attorney Norton signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Luna Tech, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 12 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Robert T. Norton, Esquire
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80iL

TO: (Name and address of Defendant)

Luna Tech, Inc.
c/o Ronald T. Norton, Esq. (Agent for Service of Process)
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Luna Tech, Inc.
c/o Ronald T. Norton, Esq. (Agent for Service of Process)
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Robert T. Norton, Esq., am authorized to accept service of process on behalf of Luna Tech, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Luna Tech, Inc. agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Luna Tech, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Robert T. Norton

Robert T. Norton, Esq.

Dated: May 2, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SUPERSTAR SERVICES, LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 26, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Superstar Services, LLC c/o T. Dos Urbanski, Esquire, Melick, Porter & Shea, LLP., 369 South Main Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Superstar Services, LLC.

4. On May 3, 2006, Attorney Urbanski signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Superstar Services, LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

T. Dos Urbanski, Esquire
Melick, Porter & Shea, LLP
369 South Main Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Superstar Servies, LLC
c/o T. Dos Urbanski,Esq. (Aent for Service of Process)
Melick, Porter & Shea, LLP
369 South Main Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : <br> : <br> : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : <br> : <br> : | |

## ACKNOWLEDGEMENT

1. I, T. Dos Urbanski, Esq., am authorized to accept service of process on behalf of ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc and Superstar Services, LLC and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and complaint, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. and Superstar Services, LLC agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. and Superstar Services, LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

T. Dos Urbanski

T. Dos Urbanski, Esq.

Dated: 5/3/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SURPLEX UNDERWRITERS, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 2, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Surplex Underwriters, Inc. c/o Bennett R. Gallo, Esquire, Nolan, Dailey, Gallo, Rothemich & Brunero, Ltd., 1070 Main Street, Coventry, RI 02816 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Surplex Underwriters, Inc.

4. On May 5, 2006, Attorney Gallo signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Surplex Underwriters, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 16 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 17 day of May, 2006.

Bennett R. Gallo, Esquire
Nolan, Dailey, Gallo, Rothemich & Brunero, Ltd
1070 Main Street
Coventry, RI 02816

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Surplex Underwriters Inc.
c/o Bennett R. Gallo, Esquire (Agent for Service of Process)
Nolan, Dailey, Gallo, Rothemich & Brunero, Ltd.
1070 Main Street
Coventry, RI 02816

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]

DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Bennett R. Gallo, Esq., am authorized to accept service of process on behalf of Surplex Underwriters, Inc. and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Surplex Underwriters, Inc. agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Surplex Underwriters, Inc. acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Bennett R. Gallo, Esq.

Dated: 5/5/06