UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON GRESHAM & ASSOCIATES OF RHODE ISLAND, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 24, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Gresham & Associates of Rhode Island, Inc. c/o James A. Bigos, Esquire, Bigos & Partington, Ltd., 2176 Mendon Road, Suite 2000, Cumberland, RI 02864 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Gresham & Associates of RI, Inc.

4. On May 4, 2006, Attorney Bigos signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Gresham & Associates of Rhode Island, Inc. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

James A. Bigos, Esquire
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, James A. Bigos, Esq., am authorized to accept service of process on behalf of Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

James A. Bigos, Esq.

Dated: 5-4-2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON GRESHAM & ASSOCIATES OF RI, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 24, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Gresham & Associates of R.I., Inc. c/o James A. Bigos, Esquire, Bigos & Partington, Ltd., 2176 Mendon Road, Suite 2000, Cumberland, RI 02864 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Gresham & Associates of RI, Inc.

4. On May 4, 2006, Attorney Bigos signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Gresham & Associates of RI, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

James A. Bigos, Esquire
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864

440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80L

TO: (Name and address of Defendant)

Gresham & Associates of RI, Inc.
c/o James A. Bigos, Esq. (Agnet for Service of Process)
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL**<br>**PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,**<br>**DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, James A. Bigos, Esq., am authorized to accept service of process on behalf of Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Gresham & Associates of RI, Inc. and Gresham & Associates of Rhode Island, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

[signature]
James A. Bigos, Esq.

Dated: 5-4-2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Gresham & Associates of Rhode Island, Inc.
c/o CT Corporation System (Agent for Service of Process)
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK

Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON MULTI-STATE INSPECTIONS, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Multi-State Inspections, Inc. c/o John W. Mahoney, Esquire, 155 South Main Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Multi-State Inspections, Inc.

4. On May 4, 2006, Attorney Richard signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Multi-State Inspections, Inc.. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

John W. Mahoney, Esquire
155 South Main Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-801L

TO: (Name and address of Defendant)

Multi-State Inspections, Inc.
c/o John W. Mahoney, Esq. (Agent for Service of Process)
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Duke — DATE 4-4-06

Chief Deputy Clerk

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-801L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, John W. Mahoney, Esq., am authorized to accept service of process on behalf of High Caliber Inspections, Inc. and Multi-State Inspections, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, High Caliber Inspections, Inc. and Multi-State Inspections, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, High Caliber Inspections, Inc. and Multi-State Inspections, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

John W. Mahoney, Esq.

Dated: 5/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON HIGH CALIBER INSPECTIONS, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to High Caliber Inspections, Inc. c/o John W. Mahoney, Esquire, 155 South Main Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of High Caliber Inspections, Inc.

4. On May 4, 2006, Attorney Mahoney signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of High Caliber Inspections, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

John W. Mahoney, Esquire
155 South Main Street
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-801L

TO: (Name and address of Defendant)

High Caliber Inspectins, Inc.
c/o John W. Mahoney, Esq. (Agent for Service of Process)
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL**<br>**PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-801L** |
| **JEFFREY DERDERIAN, ET AL.,**<br>**DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, John W. Mahoney, Esq., am authorized to accept service of process on behalf of High Caliber Inspections, Inc. and Multi-State Inspections, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one (1) complaint, High Caliber Inspections, Inc. and Multi-State Inspections, Inc. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, High Caliber Inspections, Inc. and Multi-State Inspections, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

John W. Mahoney, Esq.

Dated: 5/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON HIGH TECH SPECIAL EFFECTS, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 2, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to High Tech Special Effects, Inc. c/o Mark T. Nugent, Esquire, Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of High Tech Special Effects, Inc..

4. On May 5, 2006, Attorney Nugent signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of High Tech Special Effects, Inc.. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 11 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 12 day of May, 2006.

Mark T. Nugent, Esquire
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

High Tech Special Effects, Inc.
c/o Mark T. Nugent, Esq. (Agent for Service of Process)
Morrison Mahoney LLP
121 South Main Street, Ste. 600
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke
CLERK

Chief Deputy Clerk
(By) DEPUTY CLERK

4-4-06
DATE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Mark T. Nugent, Esq., am authorized to accept service of process on behalf of High Tech Special Effects, Inc. and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, High Tech Special Effects, Inc. agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, High Tech Special Effects, Inc. acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Mark T. Nugent, Esq.

Dated: **05/05/06**