**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED

MAY 31 2006

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, et al.,** | : | |
| **Defendants.** | : | |

# LATE ENTRY STIPULATION

The defendant, Sentinel Products Corp., may have up to and including June 12, 2006 to timely file an Answer to the Third Amended Master Complaint.

Defendant Sentinel Products Corp.
By its Attorney:

John G. Hines, Esq.
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02898

Plaintiffs,
By their Attorneys,

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (Fax)

Mark S. Mandell, Esq. (#0502)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 (Fax)

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 30 day of May, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | stationlitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | stationfire@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Ian Ridlon, Esq. | iridlon@burnslev.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |

| | |
|---|---|
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Cloherty, III | jcloherty@piercedavis.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |

| | |
|---|---|
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

DAVID MALAGRINO,

Plaintiffs,

v.

AMERICAN FOAM CORPORATION, ET AL,

Defendants.

CIVIL ACTION NO. 06-02L
(Adopting C.A. No. 03-483L and 04-312L)

**POLAR INDUSTRIES INC.'S MOTION TO DISMISS**

Defendant Polar Industries Inc. respectfully moves, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss the claims of the above-captioned plaintiff against it. The plaintiff in this matter has filed a Pro Forma Complaint Regarding Station Nightclub Fire Litigation and has adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) vs. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-312L in its entirety. In response to the Third Amended Master Complaint in Gray, Polar Industries Inc. filed a Motion to Dismiss and Supporting Memorandum, recorded as Gray Docket No. 818. As the Plaintiff in Malagrino has adopted and incorporated by reference the Third Amended Master Complaint, in the interest of judicial economy and avoiding unnecessary duplication, Polar Industries Inc. similarly adopts and incorporates by reference its Motion to Dismiss and Supporting Memorandum filed in Gray and moves that the Malagrino Complaint be dismissed on the same basis.

The plaintiff in the above-captioned matter has also adopted the Complaint in

Henault et al v. American Foam Corporation, et al, C.A. 03-483-L. That Complaint did not assert any allegations against Polar, and thus no additional arguments or denials are necessary.

RESPECTFULLY SUBMITTED:

Defendant, Polar Industries, Inc.
By its attorney,

John J. Flanagan, Esq. #3099
Airport Professional Park
2348 Post Road,
Warwick RI 02886
(401) 732-4480
(508) 541-6050 (fax)
jflanagan@torti.com

Defendant, Polar Industries, Inc.
By its attorneys, - PRO HAC VICE

Michael J. McCormack, MA BBO# 329680
David T. Mitrou, MA BBO #645775
The McCormack Firm, LLC
One International Place
Boston, MA 02110
(617) 951-2929
(617) 951-2672 (fax)
dmitrou@mccormackfirm.com

Dated: 5/30/06

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record appended hereto.

______________________

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street

Station Fire - Service List

Members:

| | | |
|---|---|---|
| 1. | Andrew Trevelise | atrevelise@reedsmith.com |
| 2. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 3. | Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| 4. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 5. | Brian Cunha, Esq and others | brian@briancunha.com |
| 6. | Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 7. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 8. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 9. | Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 10. | Charles Babcock, Esq. | cbabcock@jw.com |
| 11. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 12. | Christopher C. Fallon, Esq. | cfallon@cozen.com |
| 13. | Christopher Hunt, Esq. | chunt@cetcap.com |
| 14. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 15. | Daniel Horgan, Esq. | Horganlaw@snet.net |
| 16. | David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 17. | David A. Wollin, Esq. | dwollin@apslaw.com |
| 18. | David E. Magli, Esq. | dmaglio@magliolaw.com |
| 19. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 20. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 21. | Earl H. Walker, Esq. | ewalker@jw.com |
| 22. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 23. | Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| 24. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 25. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |

| | | |
|---|---|---|
| 26. | Eric DiMario, Esq | edimario@gunninglafazia.com |
| 27. | Esquire Deposition Services | stationfire@esquirecom.com |
| 28. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 29. | Fred A. Kelly, Jr., Esq. and others | stationfirelitigation@nixonpeabody.com |
| 30. | George Wolf, Esq, Anna Songer, Esq | Stationfire@shb.com |
| 31. | Georgia Sullivan | georgia.sullivan@thehartford.com |
| 32. | Henry M. Swan, Esq. | hms@dksblaw.com |
| 33. | Howard Julian | sohohomes@yahoo.com |
| 34. | Howard Merten, Esq. | Hmerten.station@psh.com |
| 35. | J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| 36. | James A. Bigos, Esq. | jim@b-plaw.com |
| 37. | James A. Ruggieri | jruggieri@hcc-law.com |
| 38. | James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 39. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 40. | James R. Lee, Esq. | JLee@riag.state.ri.us |
| 41. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 42. | Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 43. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 44. | John J. Nazzaro, Jr., Esq. | attynazzaro@aol.com |
| 45. | John P. Barylick, Esq. | jpb@wistbar.com |
| 46. | John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 47. | John R. Mahone, Esq. | johnmahoney@amlawllp.com |
| 48. | Joseph B. Burns, Esq. | jburns@rms-law.com |
| 49. | Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 50. | Joseph J. Bellew, Esq. | JBellew@cozen.com |
| 51. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |

| | | |
|---|---|---|
| 52. | Joseph V. Cavanagh, Jr., Esq. and others | stationfire@blishcavlaw.com |
| 53. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 54. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 55. | Kim M. Clarke, Esq. | KClarke@nixonpeabody.com |
| 56. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 57. | Lawlrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 58. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 59. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 60. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 61. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 62. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 63. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 64. | Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 65. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 66. | Mark Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| 67. | Marks S. Mandell, Esq. | msb@msb-atty.com |
| 68. | Matthew F. Medeiros, Esq. | mfm@lmlbw.com |
| 69. | Max Wistow, Esq. | mw@wistbar.com |
| 70. | Meghan H. Sullivan, Esq. | Meghan.Sullivan@lw.com |
| 71. | Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 72. | Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| 73. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 74. | Michael J. Mazurczak, Esq. and others | Stationlitigation@melicklaw.com |
| 75. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 76. | Michael R. De Luca, Esq | Mrd@gsm-law.com |
| 77. | Nancy W. Hamilton, Esq. | nhamilton@jw.com |

| | | |
|---|---|---|
| 78. | Patrick T. Jones, Esq. | pjones@cmj-law.com |
| 79. | Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 80. | Peter L. Resnik, Esq. | presnik@mwe.com |
| 81. | Rajaram Suryanarayan, Esq. | Rsury@gunninglafazia.com |
| 82. | Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 83. | Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| 84. | Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 85. | Robert Norton, Esq. | rnorton@SloaneWalsh.com |
| 86. | Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 87. | Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 88. | Russell Bramley, Esq. | Bramley@hbhlaw.com |
| 89. | S. Michael Levin, Esq. | mlevin@wszlaw.com |
| 90. | Scott T. Tucker, Esq. | stucker@ths-law.com |
| 91. | Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 92. | Stephen Armato, Esq. | sarmato@cetcap.com |
| 93. | Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| 94. | Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 95. | Stephen J. MacGillivray, Esq. | sprignano@eapdlaw.com |
| 96. | Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 97. | Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| 98. | Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 99. | Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 100. | Steven W. Kasten, Esq. | skasten@mwe.com |
| 101. | Susan S. Wettle, Esq. | Swettle@fbtlaw.com |
| 102. | Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 103. | Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| 104. | Thomas R. Bender, Esq. and others | stationfire@hansoncurran.com |
| 105. | Thomas W. Lyons, Esq. | tlyons@straussfactor.com |

| | | |
|---|---|---|
| 106. | Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 107. | Timothy B. Hardwicke, Esq. | Timothy.Hardwicke@lw.com |
| 108. | W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 109. | William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 110. | William E. O'Gara, Esq | wogara@pld-law.com |
| 111. | William F. Burke, Esq | wburke@apslaw.com |