UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, ET AL.
PLAINTIFFS,

vs. C.A. NO. 06-80-L

JEFFREY DERDERIAN, ET AL.,
DEFENDANTS

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ARAM DERMANOUELIAN**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 26, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Aram Dermanouelian c/o Thomas Angelone, Esquire, Hodosh, Spinella & Angelone PC, One Turks Head Place, Suite 810, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Aram Dermanouelian.

4. On May 25, 2006, Attorney Angelone signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Aram Dermanouelian. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 30 day of May, 2006.

Thomas Angelone, Esquire
Hodosh, Spinella & Angelone PC
One Turks Head Place, Suite 810
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Aram Dermanouelian
c/o Thomas Angelone, Esq. (Authorized Agent for Service of Process)
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke — Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** | : | |
| **PLAINTIFFS,** | : | |
| | : | |
| vs. | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Thomas Angelone, Esq., am authorized to accept service of process on behalf of American Foam Corporation and Aram Dermanouelian and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and complaint, American Foam Corporation and Aram Dermanouelian agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, American Foam Corporation and Aram Dermanouelian acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Thomas Angelone, Esq.

Dated: May 25, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON AMERICAN FOAM CORPORATION**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 26, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to American Foam Corporation c/o Thomas Angelone, Esquire, Hodosh, Spinella & Angelone PC, One Turks Head Place, Suite 810, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of American Foam Corporation.

4. On May 25, 2006, Attorney Angelone signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of American Foam Corporation. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 30 day of May, 2006.

Thomas Angelone, Esquire
Hodosh, Spinella & Angelone PC
One Turks Head Place, Suite 810
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

American Foam Corporation
c/o Thomas Angelone, Esq. (Agent for Service of Process)
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Dube

DATE 4-4-06

Chief Deputy Clerk
(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

## ACKNOWLEDGEMENT

1. I, Thomas Angelone, Esq., am authorized to accept service of process on behalf of American Foam Corporation and Aram Dermanouelian and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and complaint, American Foam Corporation and Aram Dermanouelian agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, American Foam Corporation and Aram Dermanouelian acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Thomas Angelone, Esq.

Dated: May 25, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT INDUSTRIES INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 15, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight Industries Inc. c/o David E. Maglio, Esquire, The Owen Building, 101 Dyer Street, Second Floor, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Industries Inc.

4. On May 22, 2006, Attorney Maglio signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight Industries Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of May, 2006.

David E. Maglio, Esquire
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight Industries, Inc.
c/o David E. Maglio, Esquire (Authorized Agent for Service of Process0
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

## ACKNOWLEDGEMENT

1. I, David E. Maglio, Esq., am authorized to accept service of process on behalf of Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one complaint, Knight Industries Inc. , Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

David E. Maglio

David E. Maglio, Esq.

Dated: 5/22/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT INDUSTRIES I, LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 15, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight Industries I, LLC c/o David E. Maglio, Esquire, The Owen Building, 101 Dyer Street, Second Floor, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Industries Inc.

4. On May 22, 2006, Attorney Maglio signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight Industries I, LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of May, 2006.

David E. Maglio, Esquire
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight Industries I, LLC
c/o David E. Maglio & Associates, P.C.
David E. Maglio, Esquire (Authorized Agent for Service of Process)
101 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL**<br>**PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,**<br>**DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, David E. Maglio, Esq., am authorized to accept service of process on behalf of Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one complaint, Knight Industries Inc. , Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

David E. Maglio
David E. Maglio, Esq.

Dated: 5/22/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT INDUSTRIES, LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 15, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight Industries, LLC c/o David E. Maglio, Esquire, The Owen Building, 101 Dyer Street, Second Floor, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Industries Inc.

4. On May 22, 2006, Attorney Maglio signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight Industries, LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of May, 2006.

David E. Maglio, Esquire
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight Industries, LLC
c/o David E. Maglio, Esquire (Authorized Agent for Service of Process)
101 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, David E. Maglio, Esq., am authorized to accept service of process on behalf of Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one complaint, Knight Industries Inc. , Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

David E. Maglio, Esq.

Dated: 5/22/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT-CELOTEX LISBON FALLS LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 15, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight-Celotex Lisbon Falls LLC c/o David E. Maglio, Esquire, The Owen Building, 101 Dyer Street, Second Floor, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Industries Inc.

4. On May 22, 2006, Attorney Maglio signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight-Celotex Lisbon Falls LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of May, 2006.

David E. Maglio, Esquire
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight-Celotex Lisbon Falls LLC
c/o David E. Maglio, Esquire (Authorized Agent for Service of Process)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 06-80-L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, David E. Maglio, Esq., am authorized to accept service of process on behalf of Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one complaint, Knight Industries Inc. , Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

David E. Maglio, Esq.

Dated: 5/22/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON KNIGHT-CELOTEX, LLC**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 15, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Knight-Celotex, LLC c/o David E. Maglio, Esquire, The Owen Building, 101 Dyer Street, Second Floor, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Knight Industries Inc.

4. On May 22, 2006, Attorney Maglio signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Knight-Celotex, LLC. See copy of Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 26 day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 26 day of May, 2006.

David E. Maglio, Esquire
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Knight-Celotex, LLC
c/o David E. Maglio, Esquire (Authorized Agent for Service of Process)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
CLERK
Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, David E. Maglio, Esq., am authorized to accept service of process on behalf of Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summonses and one complaint, Knight Industries Inc. , Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process Knight Industries Inc., Knight Industries I, LLC, Knight Industries, LLC, Knight-Celotex, LLC and Knight-Celotex Lisbon Falls LLC acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

David E. Maglio, Esq.

Dated: 5/22/06