UNITED STATES DISTRICT COURT
FOR DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER, JESSICA
WOOD, and PHILIP BARR

v. C.A. NO: 06-80 L

JEFFREY DERDERIAN, et al.

**DEFENDANT FFNC, INC.'S ANSWER TO PLAINTIFFS' PRO FORMA COMPLAINT**

Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No: 04-312 L, in its entirety. Defendant FFNC, Inc., hereby repeats and incorporates by reference its answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

As to Paragraphs 1 through 5 of the Napolitano Plaintiffs' Pro Forma Complaint, Defendant, FFNC, Inc., responds as follows.

1. Defendant, FFNC, Inc., is without sufficient knowledge of information to form a belief as to the truth of the allegations set forth in this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proof.

2. Defendant, FFNC, Inc., is without sufficient knowledge of information to form a belief as to the truth of the allegations set forth in this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proof.

3. Defendant, FFNC, Inc., is without sufficient knowledge of information to form a belief as to the truth of the allegations set forth in this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proof.

4. Defendant, FFNC, Inc., is without sufficient knowledge of information to form a belief as to the truth of the allegations set forth in this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proof.

5. Defendant, FFNC, Inc., is without sufficient knowledge of information to form a belief as to the truth of the allegations set forth in this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proof.

WHEREFORE, Defendant, FFNC, Inc., demands judgment in its favor and that Plaintiffs'

Complaint be denied and dismissed, plus costs and such other relief as this Court deems proper.

Defendant, FFNC, Inc.
By its Attorneys:

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within was served via e-mail upon all parties shown on the attached service list on the 1st day of June, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 1st DAY OF JUNE 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Allen McCarthy | amccarthy@melicklaw.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Ann Songer/George Wolf | stationfire@shb.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Bennett Gallo | brg@ndgrb.com |
| Brian R. Cunha | brian@briancunha.com |
| Bruce P. Keller | bkeller@debevoise.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Charles Babcock | cbabcock@jw.com |
| Charles Redihan | credihan@kprlaw.com |
| Christopher Fallon, Jr. | cfallon@cozen.com |
| Craig A. Johns | johnsc@nationwide.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| David E. Maglio | dmaglio@magliolaw.com |
| David T. Mitrou | dmitrou@mccormackfirm.com |
| David Wollin | dwollin@apslaw.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Earl H. Walker | ewalker@jw.com |
| Edward Hinchey | ehinchey@sloanewalsh.com |
| Edward M. Crane | ecrane@skadden.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Esquire | stationfire@esquirecom.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Howard A. Merten | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| James A. Bigos | jim@b-plaw.com |
| James Lee | jlee@riag.state.ri.us |
| James T. Murphy | stationfire@hansoncurran.com |
| James H. Reilly | jreilly@kkrs.com |
| James Restivo | jrestivo@reedsmith.com |
| James Ruggieri | jruggieri@hcc-law.com |
| Jessica Deanseris | jdean@wistbar.com |
| John Barylick | jbp@wistbar.com |
| John R. Crocket, III | jrocket@fbtlaw.com |
| John F. Flanagan | jflanagan@torti.com |
| John Nazzaro | attynazzaro@aol.com |

| | |
|---|---|
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| Lauren Wilkins | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Mark P. Dolan | ricedolank@aol.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark R. Ter Moten | mtermoten@mayerbrownrowe.com |
| Mark Tourgee | aminchillo@itwlaw.com |
| Matthew F. McPherson | emcpherson@m-klw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | mw@wistbar.com |
| Michael J. Mazurczak | StationLitigation@melicklaw.com |
| Michael McCormack | Mmccormack@mccormackfirm.com |
| Michael Potenza | mpotenza@debevoise.com |
| Michael St. Pierre | mikesp@rrsplaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Paul Sullivan | pvsullivan@morrisonmahoney.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Richard MacAdams | rmacadams@mandwlaw.com |
| Robert Norton | rnorton@sloanewalsh.com |
| Robert Reardon | reardonlaw@aol.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott Tucker | stucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen T. Armato | stationlitigation@cetcap.com |
| Stephen Breggia | sbreggia@bbglaw.us |
| Stephen Fogerty | fogerty@halloran-sage.com |
| Stephen J. McGillivray | smacgillivray@edwardsanagell.com |
| Stephen Prignano | sprignano@edwardsangell.com |
| Steven Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbankski | stationlitigation@melicklaw.com |

| | |
|---|---|
| Thomas Angelone | angelonelaw@aol.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Tina Pagnano | tpagnano@gunninglafazia.com |
| W. Thomas McGough | tmcgough@reedsmith.com |
| William A. Filippo | wfilippo@calvinolaw.com |
| William Heffernan | heffernanlaw@aol.com |
| | mostrowski@goodwin.com |
| | jenciso@legalmgt.com |
| | Dlamontagne@zizikpowers.com |
| | Stephen.Izzi@hklaw.com |
| | Levin@wszlaw.com |
| | Timothy.Hardwick@lw.com |