UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON WM. T. BURNETT & CO.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 11, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Wm. T. Burnett & Co. c/o Rajaram Suryanarayan, Esquire, Gunning & LaFazia, Inc., 56 Pine Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Wm. T. Burnett & Co.

4. On May 25, 2006, Attorney Suryanarayan signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Wm. T. Burnett & Co. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of May, 2006.

-6 10:52

Rajaram Suryanarayan, Esquire
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**STEPHANIE NAPOLITANO, ET AL**
**PLAINTIFFS,**

**vs.** **C.A. NO. 06-80-L**

**JEFFREY DERDERIAN, ET AL.,**
**DEFENDANTS**

**ACKNOWLEDGEMENT**

1. I, Rajaram Suryanarayan, Esq., am authorized to accept service of process on behalf of Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Rajaram Suryanarayan, Esq.

Dated: 5-25-06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Wm. T. Burnett & Co.
c/o Rajaram Suryanarayan, Esquire (Agent for Service of Process)
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dike
CLERK Chief Deputy Clerk

4-4-06
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON WM. T. BURNETT & CO., INCORPORATED**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 11, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Wm. T. Burnett & Co., Incorporated c/o Rajaram Suryanarayan, Esquire, Gunning & LaFazia, Inc., 56 Pine Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Wm. T. Burnett & Co., Incorporated.

4. On May 25, 2006, Attorney Suryanarayan signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Wm. T. Burnett & Co., Incorporated. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of May, 2006.

Rajaram Suryanarayan, Esquire
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL**<br>**PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,**<br>**DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Rajaram Suryanarayan, Esq., am authorized to accept service of process on behalf of Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Rajaram Suryanarayan, Esq.

Dated: 5-25-06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-801L

TO: (Name and address of Defendant)

Wm. T. Burnett & Co., Incorporated
c/o Rajaram Suryanarayan, Esquire (Agent for Service of Process)
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON WM. T. BURNETT OPERATING LLP, BY ITS GENERAL PARTNER, WM. T. BURNETT MANAGEMENT, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 11, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc. c/o Rajaram Suryanarayan, Esquire, Gunning & LaFazia, Inc., 56 Pine Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc..

4. On May 25, 2006, Attorney Suryanarayan signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 17th day of May, 2006.

-8 10: 5n

FILED

Rajaram Suryanarayan, Esquire
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL**<br>**PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,**<br>**DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Rajaram Suryanarayan, Esq., am authorized to accept service of process on behalf of Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

[signature]
Rajaram Suryanarayan, Esq.

Dated: 5-25-06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-803L

TO: (Name and address of Defendant)
Wm. T. Burnett Operating LLLP, By Its General Partner,
Wm. T. Burnett Management, Inc.
c/o Rajaram Suryanarayan, Esquire (Agent for Service of Process)
56 Pine Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON WM. T. BURNETT MANAGEMENT, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On May 11, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Wm. T. Burnett Management, Inc. c/o Rajaram Suryanarayan, Esquire, Gunning & LaFazia, Inc., 56 Pine Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Wm. T. Burnett Management, Inc.

4. On May 25, 2006, Attorney Suryanarayan signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Wm. T. Burnett Management, Inc. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of May, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of May, 2006.

Rajaram Suryanarayan, Esquire
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**STEPHANIE NAPOLITANO, ET AL** :
**PLAINTIFFS,** :
:
**vs.** : **C.A. NO. 06-80-L**
:
**JEFFREY DERDERIAN, ET AL.,** :
**DEFENDANTS** :

**ACKNOWLEDGEMENT**

1. I, Rajaram Suryanarayan, Esq., am authorized to accept service of process on behalf of Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. agree to waive any potential requirement that they receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Wm. T. Burnett & Co., Incorporated, Wm. T. Burnett Operating LLP, by its General Partner, Wm. T. Burnett Management, Inc., Wm. T. Burnett Management, Inc. and Wm. T. Burnett & Co. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

[signature]
Rajaram Suryanarayan, Esq.

Dated: 5-25-06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR

V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Wm. T. Burnett Management, Inc.
c/o Rajaram Suryanarayan, Esquire (Agent for Service of Process)
56 Pine Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK

Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON MALCOLM MOORE, IN HIS CAPACITY AS FINANCE DIRECTOR OF THE TOWN OF WEST WARWICK**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick, c/o Marc DeSisto, Esquire, 211 Angell Street, Providence, RI 02906 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick.

4. On May 31, 2006, Attorney DeSisto signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Marc DeSisto, Esquire
211 Angell Street
Providence, RI 02906

FILED

UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHANIE NAPOLITANO, et al.<br><br>vs.<br><br>JEFFREY DERDERIAN, et al. | C.A. No. 06-080 L |

**ACKNOWLEDGEMENT**

1. I, Marc DeSisto, Esq., am authorized to accept service of process on behalf of Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray, and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick ("defendants") and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to FRCP Rule 4;

2. By accepting the enclosed summonses and complaint, these defendants agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, these defendants acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. This acknowledgement of acceptance of service is entirely contingent upon plaintiffs' acceptance of these defendants' previously filed Answer to Plaintiffs' Third Amended Master Complaint, which these plaintiffs adopted in their Pro Forma Complaint.

Town of West Warwick Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Date: 5/31/06

UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, et al.

vs.

JEFFREY DERDERIAN, et al.

C.A. No. 06-080 L

**ACKNOWLEDGEMENT**

1. I, Marc DeSisto, Esq., am authorized to accept service of process on behalf of Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray, and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick ("defendants") and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to FRCP Rule 4;

2. By accepting the enclosed summonses and complaint, these defendants agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, these defendants acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. This acknowledgement of acceptance of service is entirely contingent upon plaintiffs' acceptance of these defendants' previously filed Answer to Plaintiffs' Third Amended Master Complaint, which these plaintiffs adopted in their Pro Forma Complaint.

Town of West Warwick Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Date: 5/31/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick
c/o Marc DeSisto, Esq. (Agent for Service of Process)
211 Angell Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON STEPHEN D. MURRAY**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Stephen D. Murray, c/o Marc DeSisto, Esquire, 211 Angell Street, Providence, RI 02906 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Stephen D. Murray.

4. On May 31, 2006, Attorney DeSisto signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Stephen D. Murray. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Marc DeSisto, Esquire
211 Angell Street
Providence, RI 02906

10: 5
TED

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Stephen D. Murray
c/o Marc DeSisto, Esq. (Authorized Agent for Service of Process)
DeSisto Law
211 Angell Street
Providence, RI 02906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK
Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ANTHONY BETTENCOURT**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Anthony Bettencourt c/o Marc DeSisto, Esquire, 211 Angell Street, Providence, RI 02906 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Anthony Bettencourt.

4. On May 31, 2006, Attorney DeSisto signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Anthony Bettencourt. See copy Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Marc DeSisto, Esquire
211 Angell Street
Providence, RI 02906

UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHANIE NAPOLITANO, et al.<br><br>vs.<br><br>JEFFREY DERDERIAN, et al. | C.A. No. 06-080 L |

**ACKNOWLEDGEMENT**

1. I, Marc DeSisto, Esq., am authorized to accept service of process on behalf of Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray, and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick ("defendants") and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to FRCP Rule 4;

2. By accepting the enclosed summonses and complaint, these defendants agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, these defendants acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. This acknowledgement of acceptance of service is entirely contingent upon plaintiffs' acceptance of these defendants' previously filed Answer to Plaintiffs' Third Amended Master Complaint, which these plaintiffs adopted in their Pro Forma Complaint.

Town of West Warwick Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Date: 5/31/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Anthony Bettencourt
c/o Marc DeSisto, Esq. (Agent for Service of Process)
211 Angell Street
Providence, RI 02906

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ESSEX INSURANCE COMPANY**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Essex Insurance Company c/o Mark C. Hadden, Esquire, Law Offices of Mark C. Hadden, 68 Kennedy Plaza, Suite 3, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Essex Insurance Company.

4. On June 1, 2006, Attorney Hadden signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Essex Insurance Company. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Mark C. Hadden, Esquire
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-801L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Mark C. Hadden, Esq., am authorized to accept service of process on behalf of Essex Insurance Company and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Essex Insurance Company agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Essex Insurance Company acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

[signature]
Mark C. Hadden, Esq.

Dated: 6/1/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Essex Insurance Company
c/o Mark C. Hadden, Esq. (Agent for Service of Process)
68 Kennedy Plaza, Suite 3
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL.<br>PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL.,<br>DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON DENIS P. LAROCQUE**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Denis P. Larocque c/o Marc DeSisto, Esquire, 211 Angell Street, Providence, RI 02906 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Denis P. Larocque.

4. On May 31, 2006, Attorney DeSisto signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Denis P. Larocque. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Marc DeSisto, Esquire
211 Angell Street
Providence, RI 02906

UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHANIE NAPOLITANO, et al.<br><br>vs.<br><br>JEFFREY DERDERIAN, et al. | C.A. No. 06-080 L |

## ACKNOWLEDGEMENT

1. I, Marc DeSisto, Esq., am authorized to accept service of process on behalf of Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray, and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick ("defendants") and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to FRCP Rule 4;

2. By accepting the enclosed summonses and complaint, these defendants agree to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, these defendants acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. § 1448;

4. This acknowledgement of acceptance of service is entirely contingent upon plaintiffs' acceptance of these defendants' previously filed Answer to Plaintiffs' Third Amended Master Complaint, which these plaintiffs adopted in their Pro Forma Complaint.

Town of West Warwick Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Date: 5/31/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD, and PHILIP BARR**

V.

**JEFFREY DERDERIAN, et al.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-80 L**

TO: (Name and address of Defendant)

Denis P. Larocque
c/o Marc DeSisto, Esq. (Agent for Service of Process)
211 Angell Street
Providence, RI 02906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] Chief Deputy Clerk

DATE 4-4-06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, ET AL.
PLAINTIFFS,

vs. C.A. NO. 06-80 L

JEFFREY DERDERIAN, ET AL.,
DEFENDANTS

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON ANCHOR SOLUTIONS COMPANY, INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Anchor Solutions Company, Inc. c/o Dennis J. Roberts II, Esquire, 40 Westminster Street, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Anchor Solutions Company, Inc.

4. On May 25, 2006, Attorney Roberts signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Anchor Solutions Company, Inc. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 5th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 5th day of June, 2006.

Dennis J. Roberts, II, Esquire
40 Westminster Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80 L** |
| **JEFFREY DERDERIAN, ET AL.,** **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, Dennis J. Roberts, II, Esq., am authorized to accept service of process on behalf of Anchor Solutions Company, Inc. and to accept service of process in lieu of these defendants being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Anchor Solutions Company, Inc. agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Anchor Solutions Company, Inc. acknowledge that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

Dennis J. Roberts, II, Esq.

Dated: MAY 25, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Anchor Solutions Company, Inc.
c/o Dennis J. Roberts, II, Esq. (Authorized Agent for Service of Process)
40 Westminster Street, Suite 305
Providence, RI 02903-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

4-4-06

DATE

(By) DEPUTY CLERK