**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, et al., Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-80-L |
| JEFFREY DERDERIAN, et al. Defendants. | ) | |

**DEFENDANTS'[1]**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'**
***PRO FORMA* COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

NOW COME defendants Knight-Celotex Lisbon Falls LLC, Knight Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC (collectively, "Knight") and for their answer and affirmative defenses to Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation (the "Pro Forma Complaint") state as follows:

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312-L (the "Gray Case"). In response to Plaintiffs' Pro Forma Complaint, Knight adopts and incorporates herein Knight's Answer and Affirmative Defenses to the Third Amended Master Complaint filed in the Gray Case. See Docket No. 865.

Further, in response to the additional allegations contained in Plaintiffs' Pro Forma Complaint, Knight states as follows:

---

1 Defendants are Knight Celotex Lisbon Falls LLC; Knight Celotex LLC; Knight Industries Inc.; Knight Industries, LLC and Knight Industries I, LLC.

1. Knight is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiffs' Pro Forma Complaint, and, on that basis, Knight denies each and every allegation contained in paragraph 1.

2. Knight is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Pro Forma Complaint, and, on that basis, Knight denies each and every allegation contained in paragraph 2.

3. Knight is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiffs' Pro Forma Complaint, and, on that basis, Knight denies each and every allegation contained in paragraph 3.

4. Knight is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiffs' Pro Forma Complaint, and, on that basis, Knight denies each and every allegation contained in paragraph 4.

5. Knight is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiffs' Pro Forma Complaint, and, on that basis, Knight denies each and every allegation contained in paragraph 5.

**WHEREFORE**, Defendants Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC pray that:

(a) the Third Amended Master Complaint and Plaintiffs' Pro Forma Complaint be dismissed with prejudice as to Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC;

(b) Plaintiffs' demand for relief against Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be denied in every respect;

(c) Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as maybe just, proper, and equitable.

Dated: June 12, 2006

DEFENDANTS[2]

By: ______________________

David E. Maglio, Esq. (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

Timothy B. Hardwicke
Meghan H. Sullivan
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
**Application for admission**
***pro hac vice pending***

---

2 Defendants are Knight Celotex Lisbon Falls LLC; Knight Celotex LLC; Knight Industries Inc.; Knight Industries, LLC and Knight Industries I, LLC.

FILED

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 12th day of June, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | StationLitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| Ian Ridlon, Esq. | stationfirelitigation@nixonpeabody.com |
| J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |

| | |
|---|---|
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John H. Aronson, Esq. | jaronson@mccormackfirm.com |
| John Barylick, Esq. | jpb@wistbar.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate Harden, Esq. for J. Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | StationLitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Meghan Sullivan, Esq. | Meghan.Sullivan@lw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |

| | |
|---|---|
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen T. Armato, Esq. | StationLitigation@cetcap.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy Hardwicke, Esq. | Timothy.Hardwicke@lw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |

h:\clients\station fire\napolitano pleadings\napolitano answer