UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, ET AL. PLAINTIFFS, | : | |
| vs. | : | C.A. NO. 06-80-L |
| JEFFREY DERDERIAN, ET AL., DEFENDANTS | : | |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON HOME DEPOT U.S.A., INC.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Napolitano Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 17, 2006.

3. On April 20, 2006, a copy of the Summons and Napolitano Complaint were forwarded by first-class mail to Home Depot U.S.A., Inc. c/o William E. O'Gara, Esquire, Pannone Lopes & Devereaux LLC, 1800 Financial Plaza, Providence, RI 02903 (Authorized Agent for Service of Process), along with an Acknowledgement indicating his acceptance of service of process on behalf of Home Depot U.S.A., Inc..

4. On June 7, 2006, Attorney O'Gara signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Home Depot U.S.A., Inc.. See Acknowledgement, attached hereto.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 9th day of June, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was forwarded by regular mail, postage prepaid, to the individual listed below on this 9th day of June, 2006.

William E. O'Gara, Esquire
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, ET AL** <br> **PLAINTIFFS,** | : | |
| **vs.** | : | **C.A. NO. 06-80-L** |
| **JEFFREY DERDERIAN, ET AL.,** <br> **DEFENDANTS** | : | |

**ACKNOWLEDGEMENT**

1. I, William E. O'Gara, Esq., am authorized to accept service of process on behalf of Home Depot USA, Inc. and to accept service of process in lieu of this defendant being served directly by plaintiffs' counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and complaint, Home Depot USA, Inc. agrees to waive any potential requirement that it receive a complaint from each plaintiff or each law firm representing each plaintiff;

3. By accepting this service of process, Home Depot USA, Inc. acknowledges that full and complete service of process has been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.C. sec. 1448.

Signed,

William E. O'Gara, Esq.

Dated: 6/7/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER,
JESSICA WOOD, and
PHILIP BARR V.

JEFFREY DERDERIAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-80 L

TO: (Name and address of Defendant)

Home Depot U.S.A., Inc.
c/o William E. O'Gara, Esquire (Agent for Service of Process)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Max Wistow, Esquire
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Fax: (401) 272-9752

Mark S. Mandell, Esquire
Mandell, Schwartz, Boisclair & Padwa
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Fax: (401) 751-7830

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

4-4-06

DATE

(By) DEPUTY CLERK