10007971

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO,<br>KIMBERLY NAPOLITANO,<br>PAUL BOERGER,<br>JESSICAL WOOD, and<br>PHILIP BARR. | ) | |
| Plaintiffs, | ) | C.A. No. 06-801-L |
| v. | ) | |
| JEFFREY DERDERIAN, et al. | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY WAIVER OF AFFIRMATIVE DEFENSE TEN**

The defendant, High Tech Special Effects, Inc., hereby voluntarily waives its Tenth Affirmative Defense that has been asserted in its Answer to Plaintiff's Third Amended Master Complaint.

Respectfully submitted,
High Tech Special Effects, Inc.,
By its attorneys,

Mark T. Nugent, #2637
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence RI 02903
Telephone: (401) 331-4660

10007971

CERTIFICATION

I hereby certify that on this 20 day of June, 2006, a true copy of the foregoing was mailed, postage prepaid, to:

Anne Sullivan

**Name**

"HAllen J. McCarthy Esq.
Andrew J. Trevelise Esq.
Ann M. Songer Esq.
Anthony F. DeMarco Esq.
Benjamin V. White III Esq.
Bennett R. Gallo Esq.
Brian R. Cunha Esq. Bruce
P. Keller Esq.
C. Russell Bengtson Esq.
Carl A. Henlein Esq.
Charles L Babcock Esq.
Charles N. Redihan Jr. Esq.
Christopher C. Fallon Jr. Esq.
Curtis R. Diedrich Esq.
Daniel J. Horgan Esq.
David T. Mitrou Esq.
Deborah G. Solmor Esq.
Dennis J. Roberts II Esq.
Donald J. Maroney Esq.
Earl H. Walker Esq.
Edward M. Crane Esq.
Edward T. Hinchey Esq.
Edwin F. McPherson Esq.
Eric Bradford Hermanson Esq.
Esquire Deposition Services
Eva Marie"Mancuso Esq.
Fred A. Kelly Jr. Esq.
George E. Wolf III Esq.
Georgia A. Sullivan Esq.
Gerald C. Demaria Esq.
Howard A. Merten Esq.
Howard J. Julian
J. Renn Olenn Esq. James
A. Bigos Esq. James A.
Ruggieri Esq. James H.
Reilly III Esq. James J.
Restivo Jr. Esq. James R.
Lee Esq. James T. Murphy
Esq. Jessica Deanseris
Esq. John J. Cloherty III
Esq. John J. Flanagan
Esq. John J. NaZzaro Esq.
John R. Crockett III Esq.
John R. Mahoney Esq.
Joseph Aronson Esq.
Joseph B. Bums Esq.

**E-mail Address**

stationlitigation@melicklaw.com
atrevelise@reedsmith.com
stationfire@shb.com
tdemarco@conversent.net
bwhite@vetterandwhite.com
brg@ndgrb.com
brian@briancunha.com
bpkeller@debevoise.com
rbengtson@ckmlaw.com
chenlein@fbtlaw.com
cbabcock@jw.com
credihan@kprlaw.com
cfallon@cozen.com
cdiedrich@sloanewalsh.com
horganlaw@snet.net
dmitrou@mccormackfirm.com
dsolmor@skadden.com
kgoyer@djrlaw.com
dmaroney@kkrs.corri
ewalker@jw.com ecrane@skadden.com
ehinchey@sloanewalsh.com
emcpherson@m-klaw.com
ehermanson@choate.com
stationfire@esquirecom.com
emancuso@hwac.com
stationfirelitigation@nixonpeabody.com
stationfire@shl;l.com
georgia.sullivan@thehartford.com
jruggieri@hcc-law.com
hmerten.station@psh.com
sohohomes@yahoo.com kbh@olenn-
penza.com jim@b-plaw.com
jruggieri@hcc-law.com jreilly@kkrs.com
jrestiyo@reedsmith.com jlee@riag.ri.gov
stationfire@hansoncurran.com
jdean@wistbar.com
jcloherty@piercedavis.com
jflanagan@torti.com
attynazzaro@aol.com
jcrockett@fbtlaw.com
jotmmahoney@amlawllp.com
jaronson@mccormackfirm.com
jburns@rms-law.com

Name

Joseph J. Bellew Esq ..
Joseph Krowski Esq.
Joseph V. Cavanagh Jr. Esq.
Karen A. Alegria Esq.
Kelly N. Michels Esq.
Kevin F. Bowen Esq.
Kim M. Clarke Esq.
Kristin E. Rodgers Esq. Lauren
D. Wilkins Esq. lawrence G.
Cetrulo Esq. lawrence J.
CCiPpuccio Esq. linda Magro
Esq.
Marc DeSisto Esq ..
Mark C. Hadden Esq.
Mark D. Cahill Esq.
Mark D. Tourgee Esq.
Mark P. Dolan Esq.
Mark Parsky Esq.
Mark S. Mandell Esq.
Mark T. Nugent Esq.
Mark T. Reynolds Esq.
Matthew F. Medeiros Esq.
Max Wistow Esq.
Michael A S1. Pierre Esq.
Michael J. Mazurczak Esq.
. Michael J. McCormack Esq.
Michael Potenza Esq.
Michael R. Deluca Esq.
Nancy W. Hamilton Esq.
Patrick T. Jones Esq.
Paul V. Sullivan Esq.
Peter Schneider Esq.
Ralph J. Monaco Esq. Richard
W. MacAdams Esq. Robert I.
Reardon Jr. Esq. Robert T.
Norton Esq. Ronald J.
Creamer Esq. Ronald J.
Resmini Esq. Ronald langlois
Esq. Russell Bramley Esq.
S. Michael Levin Esq.
Scott J. Tucker Esq.
Stefanie DiMaio-Larivee Esq.
Stephen A Izzi Esq.
Stephen E. Breggia Esq.
Stephen J. MacGillivray Esq.
Stephen M. Prignano Esq.

E-mail Address

jbellew@cozen.com
josephkrowski.law@verizon.net
stationfire@blishcavlaw.com
karen@briancunha.com
stationfire@hansoncurran.com
kpowen@bbglaw.us
stationfirelitigation@nixonpeabody.com
stationfire@blishcavlaw.com
stationfire@smithbrink.com
sarmato@cetcap.com
l.cappuccio@worldne1.attnet
jruggieri@hcc-law.com
stationfire@desistolaw.com
mhadden@mhaddenlaw.com
mcahill@choate.com
aminchillo@itwlaw.com
ricedolan@ricedolan.com
mep@mcveyparsky-law.com
msmandell@msn.com
mnugent@morrisonmahoney.com
mtreynolds@conversent.net
mfm@lmkbw.com
mw@wistbar.com
mikesp@rrsplaw.com
stationlitigation@meficklaw.com
mmccormack@mccormackfirm.com
mpotenza@debevoise.com mrd@gsm-
law.com
nhamilton@jw.com pjones@cmj-
law.com
pvsullivan@morrisonmahoney.com
pschneider@cmj-law.com rmonaco.c-
1@snet.net
rmacadams@mandwlaw.com
reardonlaw@aol.com
morton@sloanewalsh.com
resminilaw@yahoo.com
resminilaw@yahoo.com
stationfire@smithbrink.com
bramley@hbhlaw.net
mlevin@wszlaw.com stucker@ths-
law.com
fonia@msn.com
sizzi@cox.net
sbreggia@bbglaw.us
smacgillivray@eapdlaw.com
sprignano@eapdlaw.com

**Name**

pStephen P. Fogerty Esq.
Stephen T. Armato Esq.
Steven A. Minicucci Esq.
Steven M. Richard Esq.
Susan S. Wettle Esq.
Suzanne O'Donoghue Esq.
T. Dos Urbanski Esq.
Thomas C. Angelone Esq.
Thomas R. Bender Esq.
Thomas W. Lyons Esq.
Timothy A. Williamson Esq.
Tracy I,.. Poppe Esq.
W. Thomas McGough Jr. Esq. .
William A. Filippo Esq.
William E. Q'Gara Esq.

**E-mail Address** Fogerty@haUoran-sage.com sarmato@cetcap.com
sminicucci@calvinolaw.com
stationfiretitigation@nixonpeabody.com swettle@fbtlaw.com
sodonoghue@hcc-law.com
stationlitigation@melicklaw.com
angelonelaw@aol.com
stationfire@hansoncurran.com
tlyons@straussfactor.com
aminchillo@itwlaw.com
reardonlaw@aol.com
tmcgough@reedsmith.com
wfilippo@calvinolaw.com
wogara@pld-law.com