**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

RECEIVED

JUN 21 2006

Property of U.S. District Court
District of Rhode Island

STEPHANIE NAPOLITANO,
KIMBERLY NAPOLITANO,
PAUL BOERGER, JESSICA
WOOD, and PHILIP BARR

v. C.A. NO: 06-80 L

JEFFREY DERDERIAN, et al.

**STIPULATION**

Defendant, FFNC, Inc., withdraws its Affirmative Defense 21 (insufficiency of process and insufficiency of service of process), which was plead in the matter of Gray, et al. v Derderian, et al.

Defendant, FFNC, Inc.
By its Attorneys:

Michael R. De Luca, #3663
Michael G. Sarli #2719
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
mrd@gsm-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within was served via e-mail upon all parties shown on the attached service list on the 21 day of June, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 21st DAY OF JUNE 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Allen McCarthy | amccarthy@melicklaw.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Ann Songer/George Wolf | stationfire@shb.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Bennett Gallo | brg@ndgrb.com |
| Brian R. Cunha | brian@briancunha.com |
| Bruce P. Keller | bkeller@debevoise.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Charles Babcock | cbabcock@jw.com |
| Charles Redihan | credihan@kprlaw.com |
| Christopher Fallon, Jr. | cfallon@cozen.com |
| Craig A. Johns | johnsc@nationwide.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| David E. Maglio | dmaglio@magliolaw.com |
| David T. Mitrou | dmitrou@mccormackfirm.com |
| David Wollin | dwollin@apslaw.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Earl H. Walker | ewalker@jw.com |
| Edward Hinchey | ehinchey@sloanewalsh.com |
| Edward M. Crane | ecrane@skadden.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Esquire | stationfire@esquirecom.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Howard A. Merten | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| James A. Bigos | jim@b-plaw.com |
| James Lee | jlee@riag.state.ri.us |
| James T. Murphy | stationfire@hansoncurran.com |
| James H. Reilly | jreilly@kkrs.com |
| James Restivo | jrestivo@reedsmith.com |
| James Ruggieri | jruggieri@hcc-law.com |
| Jessica Deanseris | jdean@wistbar.com |
| John Barylick | jbp@wistbar.com |
| John R. Crocket, III | jrocket@fbtlaw.com |
| John F. Flanagan | jflanagan@torti.com |
| John Nazzaro | attynazzaro@aol.com |

| | |
|---|---|
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| Lauren Wilkins | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Mark P. Dolan | ricedolank@aol.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark R. Ter Moten | mtermoten@mayerbrownrowe.com |
| Mark Tourgee | aminchillo@itwlaw.com |
| Matthew F. McPherson | emcpherson@m-klw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | mw@wistbar.com |
| Michael J. Mazurczak | StationLitigation@melicklaw.com |
| Michael McCormack | Mmccormack@mccormackfirm.com |
| Michael Potenza | mpotenza@debevoise.com |
| Michael St. Pierre | mikesp@rrsplaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Paul Sullivan | pvsullivan@morrisonmahoney.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Richard MacAdams | rmacadams@mandwlaw.com |
| Robert Norton | rnorton@sloanewalsh.com |
| Robert Reardon | reardonlaw@aol.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott Tucker | stucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen T. Armato | stationlitigation@cetcap.com |
| Stephen Breggia | sbreggia@bbglaw.us |
| Stephen Fogerty | fogerty@halloran-sage.com |
| Stephen J. McGillivray | smacgillivray@edwardsanagell.com |
| Stephen Prignano | sprignano@edwardsangell.com |
| Steven Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbankski | stationlitigation@melicklaw.com |

| | |
|---|---|
| Thomas Angelone | angelonelaw@aol.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Tina Pagnano | tpagnano@gunninglafazia.com |
| W. Thomas McGough | tmcgough@reedsmith.com |
| William A. Filippo | wfilippo@calvinolaw.com |
| William Heffernan | heffernanlaw@aol.com |
| Nixon Peabody | stationfirelitigation@nixonpeabody.com |
| | mostrowski@goodwin.com |
| | jenciso@legalmgt.com |
| | Dlamontagne@zizikpowers.com |
| | Stephen.Izzi@hklaw.com |
| | Levin@wszlaw.com |
| | Timothy.Hardwick@lw.com |