**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD AND PHILIP BARR | : | |
| Plaintiffs | : | 06-80L |
| | : | CIVIL ACTION NO. 04-312L (Adopted Third Amended Master Complaint) |
| v. | : | |
| JEFFREY DERDERIAN, et al. | : | JURY TRIAL CLAIMED |
| Defendants | : | |

**DEFENDANTS, WILLIAM BURNETT & CO., INCORPORATED, WILLIAM T. BURNETT & CO., INCORPORATED, WM. T. BURNETT MANAGEMENT, INC., WM. T.B. BURNETT & CO. and WM. T. BURNETT OPERATING, LLP'S ANSWER TO PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L, in its entirety. The above-named defendants, collectively referred to as the Burnett defendants, hereby adopt the answer filed to the Third Amended Master Complaint in the Gray case. The Burnett defendants adopt and incorporate herein said answers, including the Affirmative Defenses and Jury Trial Demand.

Insofar as there are new allegations, (Paragraphs 1 through 5), the Burnett defendants answer as follows:

1. The Burnett defendants are without sufficient information as to form a belief as to the truth of this averment and therefore deny the same.

2. The Burnett defendants are without sufficient information as to form a belief as to the truth of this averment and therefore deny the same.

3. The Burnett defendants are without sufficient information as to form a belief as to the truth of this averment and therefore deny the same.

4. The Burnett defendants are without sufficient information as to form a belief as to the truth of this averment and therefore deny the same.

5. The Burnett defendants are without sufficient information as to form a belief as to the truth of this averment and therefore deny the same.

Dated: 6-21-06

Respectfully submitted,
Defendant Burnett, By its Attorneys,

Rajaram Suryanarayan, Esq. (#4451)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

Eric B. DiMario, Esq. (#7084)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

Of Counsel:

John Doody, Esq.
Lewis, Brisbois, Bisgaard & Smith
199 Water Street
New York, NY 10038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 21st DAY OF June, 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Steven; Cetrulo, Lawrence; Hunt, Christopher | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Bender, Thomas; Murphy, James; Michels, Kelly | stationfire@hansoncurren.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James | jim@b-plaw.com |
| Bowen, Kevin | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Steven | sbreggia@bbglaw.us |
| Burns, Joseph | jburns@rms-law.com |
| Cahill, Mark | mcahill@choate.com |
| Cappuccio, Lawrence | l.cappuccio@worldnet.att.com |
| Cavanagh, Joseph; Rodgers, Kristen | stationfire@blishcavlaw.com |
| Cloherty, John; Pierce, Joel | jcloherty@piercedavis.com |
| Crane, Edward | ecrane@skadden.com |
| Creamer, Ronald; Resmini, Ronald | resminilaw@yahoo.com |
| Cunha, Brian; Alegria, Karen | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeLuca, Michael | mrd@gsm-law.com |

| | |
|---|---|
| DeMarco, Anthony; Reynolds, Mark | tdemarco@conversent.net |
| DeSisto, Marc; Daniels, Kathleen | stationfire@desistolaw.com |
| Deidrich, Curtis | cdeidrich@sloanewalsh.com |
| DiMaio, Stephanie; Howe, James | fonia@msn.com |
| Dolan, Mark; Leone, Anthony | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Christopher; Bellew, Joseph | cfalon@cozen.com |
| Filippo, William | wfilippo@calvinolaw.com |
| Flanagan, John | jflanagan@torti.com |
| Fogerty, Stephen | fogarty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy; Sullivan, Meghan | timothy.hardwicke@lw.com |
| Heffernan, William | Heffernanlaw@aol.com |
| Heinlein, Carl; Crocket, John III | cheinlein@fbtlaw.com |
| Hermanson, Eric Bradford | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanwalsh.com |
| Horgan, Daniel | horganlaw@snet.net |
| Johns, Craig | johnsc@nationwide.com |
| Jones, Patrick; Sneider, Peter | pjones@cmj-law.com |
| Julian, Howard | sohohomes@yahoo.com |
| Kasten, Steven; Resnik, Peter | skasten@mwe.com |

| | |
|---|---|
| Keller, Bruce | bkeller@debevoise.com |
| Langlios, Ronald; Wilkens, Lauren | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri. |
| Levin, Michael | mlevin@wczlaw.com |
| Lyons, Thomas | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| Maglio, David | dmaglio@magliolaw.com |
| Mahoney, John | jmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark; Boisclair, Yvette | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| McCormack, Michael; Aronson, Joseph; Mitrou, David | mmccormack@mccormackfirm.com |
| McGough, Thomas | tmcgough@reedsmith.com |
| McPherson, Matthew | emcphearson@m-klw.com |
| Medeiros, Matthew | mfm@lmkbw.com |
| Merten, Howard | hmerten.station@psh.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.com |
| Monaco, Ralph | rmonaco.c-l@snet.net |
| Nazzaro, John | attynazaro@aol.com |
| Norton, Robert; Scanlon, James | rnorton@sloanwalsh.com |
| Nugent, Mark | mnugent@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |

| | |
|---|---|
| O'Gara, William | wogara@pld-law.com |
| Olenn, Renn | kbh@olenn-penza.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen; MacGillivray, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert; Poppe, Tracy | reardonlaw@aol.com |
| Redihan, Charles | credihan@kpriaw.com |
| Reilly, James | jreilly@kkrs.com |
| Restivo, James; McGough, Thomas | jrestivo@reedsmith.com |
| Richard, Steven | stationfirelitigation@nixonpeabody.com |
| Ruggeiri, James; DiMaria, Gerald | rruggeiri@hcc-law.com |
| Solmor, Deborah; Simpson, Kimberly | dsolmor@skadden.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Swan, Henry | hms@dksblaw.com |
| Ter Molen, Mark | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark; Williamson, Timothy | aminchillo@itwlaw.com |
| Trevelise, Andrew | atrevelise@reedsmith.com |
| Tucker, Bruce | btucker@legalmgt.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbanski, T. Dos; Mazurczak, Michael; McCarthy, Allen | stationlitigation@melicklaw.com |
| Walker, Earl | ewalker@jw.com |

| | |
|---|---|
| Wettle, Susan | swettle@fbtlaw.com |
| Wistow, Max; Barylick, John | mw@wistbar.com |
| Wolf, George; Songer, Ann | stationfire@shb.com |
| Wollin, David; Burke, William | stationfire@apslaw.com |