**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 26 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **STEPHANIE NAPOLITANO, et al., Plaintiffs,** | : | |
| **vs.** | : | **C.A. No. 06-80-L** |
| **JEFFREY DERDERIAN, et al., Defendants.** | : | |

**STIPULATION EXTENDING TIME WITHIN WHICH PLAINTIFFS MAY RESPOND TO DEFENDANT PREGIS CORPORATION'S MOTION TO DISMISS**

Counsel for Plaintiffs and Defendant Pregis Corporation hereby agree that the time within which Plaintiffs may respond to defendant Pregis Corporation's Motion to Dismiss is extended up to and including August 1, 2006. The purpose of this extension is to allow the parties to explore whether production of certain documents, eventually in affidavit form, may enable Plaintiffs to not oppose the Motion.

*Plaintiffs,*
*By their Attorneys:*

Max Wistow jpb

Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
401-831-2700
401-272-9752 (fax)
jdean@wistbar.com

*Defendant*
*Pregis Corporation,*
*By its Attorney:*

S. Michael Levin jpb

S. Michael Levin, Esq. (#3796)
WINOGRAD, SHINE 7 ZACKS, P.C.
123 Dyer Street
Providence, RI 02903-3980
401-273-8300
401-272-5728 (fax)
mlevin@wszlaw.com

Enter: Ronald R. Lagueux
Sr. USDJ 7/12/06