# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

STEPHANIE NAPOLITANO, *et al.*,

Plaintiff,

v.

JEFFREY DERDERIAN *et al.*,

Defendants.

**CIVIL ACTION NO.** 06-080-L

## POLAR INDUSTRIES, INC.'S ANSWER TO THE ADOPTION OF THE PLAINTIFFS' THIRD AMENDED COMPLAINT

Plaintiffs in the above captioned matter have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L, in its entirety, as stated in their "Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation)", filed February 17,2006. Defendant Polar Industries, Inc. hereby repeats and incorporates by reference, as if fully set forth herein, its Answer and Affirmative Defenses to the Plaintiffs' Third Amended Master Complaint, as adopted by the Napolitano

The defendant denies the allegations set forth in Paragraphs 1 through 5 of the Napolitano Complaint.

The defendant denies the Napolitano plaintiffs are entitled to the relief requested. The defendant requests the Napolitano complaint be dismissed together with an award of fees, costs, interests and all other remedies deemed just.

The defendant demands a trial by jury as to all counts so triable.

RESPECTFULLY SUBMITTED:

Defendant, Polar Industries, Inc.
By its attorney,

/s/ John J. Flanagan
John J. Flanagan, Esq. #3099
Airport Professional Park
2348 Post Road,
Warwick RI 02886
(401) 732-4480
(508) 541-6050 (fax)
jflanagan@torti.com

Defendant, Polar Industries, Inc.
By its attorneys, - PRO HAC VICE

/s/ David T. Mitrou
Michael J. McCormack, MA BBO# 329680
David T. Mitrou, MA BBO #645775
The McCormack Firm, LLC
One International Place
Boston, MA 02110
(617) 951-2929
(617) 951-2672 (fax)
dmitrou@mccormackfirm.com

Dated: March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2007, I caused to be filed and served electronically, and is available for viewing and downloading a copy of the attached pleading via the Court's ECF system to the following list of counsel and pro se parties of record unless otherwise noted below.

/s/ David T. Mitrou

Sent via mail to:

Allen J. McCarthy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

Station Fire - Service List

Members:

| | | |
|---|---|---|
| 1. | Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| 2. | Ann M. Songer, Esq. | Stationfire@shb.com |
| 3. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 4. | Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| 5. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 6. | Brian Cunha, Esq and others | brian@briancunha.com |
| 7. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 8. | Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 9. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 10. | Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 11. | Charles Babcock, Esq. | cbabcock@jw.com |
| 12. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 13. | Christopher Hunt, Esq. | chunt@cetcap.com |
| 14. | Christopher C. Fallon, Esq. | cfallon@cozen.com |
| 15. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 16. | Daniel Horgan, Esq. | Horganlaw@snet.net |
| 17. | Daniel McKiernan, Esq. | dmckiernan@mtmlaw.us |
| 18. | David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| 19. | David A. Wollin, Esq. | dwollin@apslaw.com |
| 20. | David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 21. | David E. Magli, Esq. | dmaglio@magliolaw.com |
| 22. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 23. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 24. | Earl H. Walker, Esq. | ewalker@jw.com |
| 25. | Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |

| | | |
|---|---|---|
| 26. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 27. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 28. | Eric DiMario, Esq | edimario@gunninglafazia.com |
| 29. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 30. | Esquire Deposition Services | stationfire@esquirecom.com |
| 31. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 32. | Fred A. Kelly, Jr., Esq. and others | stationfirelitigation@nixonpeabody.com |
| 33. | George Wolf, Esq, Anna Songer, Esq | Stationfire@shb.com |
| 34. | Georgia Sullivan | georgia.sullivan@thehartford.com |
| 35. | Gerald C. DeMaria, Esq. | gdemaria@hcc-law.com |
| 36. | Henry M. Swan, Esq. | hms@dksblaw.com |
| 37. | Howard Merten, Esq. | Hmerten.station@psh.com |
| 38. | Howard Julian | sohohomes@yahoo.com |
| 39. | J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| 40. | James R. Lee, Esq. | JLee@riag.state.ri.us |
| 41. | James A. Bigos, Esq. | jim@b-plaw.com |
| 42. | James T. Murphy, Esq. | Jtm@hansoncurran.com |
| 43. | James A. Ruggieri | jruggieri@hcc-law.com |
| 44. | James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 45. | James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| 46. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 47. | Jennifer A. Creedon, Esq. | Jcreedon@cetcap.com |
| 48. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 49. | Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 50. | Joel F. Pierce, Esq. | jpierce@piercedavis.com |
| 51. | John J. Nazzaro, Jr., Esq. | attynazzaro@aol.com |
| 52. | John J. Cloherty, III, Esq | jcloherty@piercedavis.com |

| | | |
|---|---|---|
| 53. | John R. Mahone, Esq. | johnmahoney@amlawllp.com |
| 54. | John P. Barylick, Esq. | jpb@wistbar.com |
| 55. | John F. Murphy, Esq. | Stationfire@shb.com |
| 56. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 57. | John G. Hines, Esq. | Hines-corrigan@conversent.net |
| 58. | John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 59. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 60. | Joseph B. Burns, Esq. | jburns@rms-law.com |
| 61. | Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 62. | Joseph V. Cavanagh, Jr., Esq. and others | stationfire@blishcavlaw.com |
| 63. | Joseph J. Bellew, Esq. | JBellew@cozen.com |
| 64. | Josh M. Greenbaum, Esq. | Jgreenbaum@cozen.com |
| 65. | Judith A. Perritano, Esq. | Jperritano@PierceDavis.com |
| 66. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. | Kelly N. Michels, Esq. | Knm@hansoncurran.com |
| 68. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 69. | Kim M. Clarke, Esq. | KClarke@nixonpeabody.com |
| 70. | Kristin E. Rodgers, Esq. | Ker@blishcavlaw.com |
| 71. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 72. | Lawlrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 73. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 74. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 75. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 76. | Mark Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| 77. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 78. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 79. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 80. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |

| | | |
|---|---|---|
| 81. | Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 82. | Marks S. Mandell, Esq. | msb@msb-atty.com |
| 83. | Matthew F. Medeiros, Esq. | mfm@lmlbw.com |
| 84. | Max Wistow, Esq. | mw@wistbar.com |
| 85. | Meghan H. Sullivan, Esq. | Meghan.Sullivan@lw.com |
| 86. | Michael R. De Luca, Esq | Mrd@gsm-law.com |
| 87. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 88. | Michael J. Mazurczak, Esq. and others | Stationlitigation@melicklaw.com |
| 89. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 90. | Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| 91. | Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 92. | Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 93. | Patrick T. Jones, Esq. | pjones@cmj-law.com |
| 94. | Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 95. | Peter J. Schneider, Esq. | Pschneider@cmjlaw.com |
| 96. | Peter L. Resnik, Esq. | presnik@mwe.com |
| 97. | Rajaram Suryanarayan, Esq. | Rsury@gunninglafazia.com |
| 98. | Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 99. | Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| 100. | Richard T. Gallone, Esq. | Richard@briancunha.com |
| 101. | Robert Norton, Esq. | rnorton@SloaneWalsh.com |
| 102. | Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 103. | Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 104. | Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| 105. | Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 106. | Russell Bramley, Esq. | Bramley@hbhlaw.com |
| 107. | S. Michael Levin, Esq. | mlevin@wszlaw.com |
| 108. | Scott T. Tucker, Esq. | stucker@ths-law.com |

| | | |
|---|---|---|
| 109. | Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 110. | Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| 111. | Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 112. | Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| 113. | Stephen Armato, Esq. | sarmato@cetcap.com |
| 114. | Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 115. | Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 116. | Stephen J. MacGillivray, Esq. | sprignano@eapdlaw.com |
| 117. | Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 118. | Steven M. Richard, Esq. | Srichard@nixonpeabody.com, ProEfile@nixonpeabody.com |
| 119. | Steven W. Kasten, Esq. | skasten@mwe.com |
| 120. | Susan S. Wettle, Esq. | Swettle@fbtlaw.com |
| 121. | Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 122. | T. Dos Urbanski, Esq. | Durbanski@melicklaw.com |
| 123. | Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 124. | Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| 125. | Thomas R. Bender, Esq. and others | stationfire@hansoncurran.com |
| 126. | Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 127. | Timothy B. Hardwicke, Esq. | Timothy.Hardwicke@lw.com |
| 128. | Tracy L. Poppe, Esq. | Reardonlaw@aol.com |
| 129. | W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 130. | William M. Heffernan, Esq. | Heffernanlaw@aol.com |
| 131. | William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 132. | William E. O'Gara, Esq | wogara@pld-law.com |
| 133. | William F. Burke, Esq | wburke@apslaw.com |