UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO, KIMBERLY NAPOLITANO, PAUL BOERGER, JESSICA WOOD, AND PHILIP BARR *Plaintiffs* | : | |
| v. | : | C.A. No. 06-80 L |
| JEFFREY DERDERIAN, et al *Defendants* | : | |

## ENTRY OF APPEARANCE

Now comes the undersigned and hereby enters his appearance on behalf of Defendants, ***Co-Executrix Jo-Ann Dermanouelian, Co-Executor Everett Marabian and Co-Executor Paul Plourde on behalf of the Estate of Aram Dermanouelian***, in the above-captioned matter.

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: June 21, 2007

## CERTIFICATION

I hereby certify that on this 21st day of June, 2007, I caused a copy of the within ***Entry of Appearance*** to be electronically mailed to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Steven T. Armato | sarmato@cetcap.com<br>bjornlund@cetcap.com;agriffin@cetcap.com;mcahalane@c |

| | |
|---|---|
| | etcap.com |
| Joseph Aronson | jaronson@mccormackfirm.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | jpb@wistbar.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Kyle E. Bjornlund | kbjornlund@cetcap.com |
| Russell Bramley | Rbramley@hbhlaw.net |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Thomas G. Briody | TBriodylaw@aol.com |
| William F. Burke | wburke@apslaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr | jvc@blishcavlaw.com |
| Lawrence G. Cetrulo | lcetrulo@cetcap.com kbjornlund@cetcap.com;;mcahalane@cetcap.com;;agriffin @cetcap.com |
| Kim M. Clarke | kclarke@nixonpeabody.com ProEfile@nixonpeabody.com |
| John J. Cloherty, III | jcloherty@piercedavis.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Jennifer A Creedon | jcreedon@cetcap.com |
| John R. Crockett | jcrockett@fbtlaw.com |
| Thomas J. Cronin | tcronin@gunninglafazia.com |
| Brian R. Cunha | brian@briancunha.com |
| James S. D'Ambra | ricedolan@ricedolan.com |
| Kathleen M. Daniels | kathleen@desistolaw.com |
| Michael R. DeLuca | mrd@gsm-law.com |
| Anthony F. DeMarco | tdemarco@conversent.net rdblaw@conversent.net |
| Gerald C. DeMaria | gdemaria@hcc-law.com |
| Marc DeSisto | marc@desistolaw.com mary@desistolaw.com |
| Michael A. DeSisto | michael@desistolaw.com mary@desistolaw.com |
| Eric B. DiMario | edimario@gunninglafazia.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| Christopher C. Fallon, Jr | cfallon@cozen.com |
| John J. Flanagan | jflanagan@torti.com |
| Bennett R. Gallo | brg@ndgrb.com |
| Richard T. Gallone | richard@briancunha.com |
| Josh M. Greenbaum | jgreenbaum@cozen.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Timothy B. Hardwicke | timothy.hardwicke@lw.com suzanne.kadus@lw.com;chefiling@lw.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Eric Bradford Hermanson | ebh@choate.com |

| | |
|---|---|
| John G. Hines | Hines-corrigan@conversent.net |
| Daniel J. Horgan | horganlaw@snet.net |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Patrick T. Jones | pjones@cmjlaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Fred A. Kelly, Jr | fkelly@nixonpeabody.com ProEfile@nixonpeabody.com |
| David D. Langfitt | dlangfitt@mmwr.com |
| Ronald P. Langlois | rlanglois@smithbrink.com |
| James R. Lee | jlee@riag.ri.gov |
| S. Michael Levin | mlevin@wszlaw.com slevesque@wszlaw.com;efile@wszlaw.com;presnik@mwe.com;skasten@mwe.com |
| Thomas W. Lyons, III | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mwdglaw.com vburrus@mwdglaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| David E. Maglio | dmaglio@magliolaw.com dgianq@magliolaw.com |
| John R. Mahoney | jackmahoney@amlawllp.com lsoucy@amlawllp.com;johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Michael J. Mazurczak | mmazurczak@melicklaw.com |
| Michael McCormack | mmccormack@mccormackfirm.com |
| W. Thomas McGough, Jr | wmcgough@reedsmith.com |
| Daniel P. McKiernan | dmckiernan@mtmlaw.us |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Howard A. Merten | hm@psh.com slb@psh.com |
| Kelly N. Michels | knm@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| David Mitrou | dmitrou@mccormackfirm.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | jtm@hansoncurran.com |
| John F. Murphy | stationfire@shb.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com cmontgomery@morrisonmahoney.com |
| William E. O'Gara | wogara@pld-law.com smelo@pld-law.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Judith Perritano | jperritano@piercedavis.com |
| Joel F. Pierce | jpierce@piercedavis.com |
| Tracy L. Poppe | reardonlaw@aol.com |
| Kevin R. Powers | kpowers@cetcap.com |
| Stephen M. Prignano | sprignano@eapdlaw.com rjil@eapdlaw.com |
| Robert I. Reardon, Jr | reardonlaw@aol.com |
| Charles N. Redihan, Jr | credihan@kprlaw.com sharrison@kprlaw.com |

| | |
|---|---|
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo | jrestivo@reedsmith.com |
| Steven M. Richard | srichard@nixonpeabody.com ProEfile@nixonpeabody.com |
| Kristin E. Rodgers | ker@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com sodonoghue@hcc-law.com;sbodurtha@hcc-law.com;spitcavage@hcc-law.com |
| Michael G. Sarli | mgs@gsm-law.com |
| Peter J. Schneider | pschneider@cmjlaw.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann M. Songer | stationfire@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com susanl@rrsplaw.com |
| Georgia Ann Sullivan | georgia.sullivan@thehartford.com |
| Meghan H. Sullivan | meghan.sullivan@lw.com chefiling@lw.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan | hms@dksblaw.com |
| Robert K. Taylor | rkt@psh.com tlc@psh.com |
| Frederick B. Tedford | ftedford@tedfordhenry.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker | tucker@legalmgt.com |
| T. Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com jcleary@fbtlaw.com;tthomas@fbtlaw.com |
| Max Wistow | mwistow@wistbar.com jdean@wistbar.com |
| George Wolf | stationfire@shb.com |
| David A. Wollin | dwollin@apslaw.com dciuffetelli@apslaw.com |

and to be mailed by first class mail, postage prepaid to the following:

James C. Martin
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373