UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 9, 2008

RECEIVED
MAY 12 2008
BY: U.S. Court of Appeals

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 04-312L; CA06-80L***

Dear Mr. Donovan:

Enclosed herewith you will find a notice of appeal; the appropriate docket entries and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by returning a stamped copy of this letter.

Very truly yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket; docket entries in case CA04-312L - 1824, 1825, 1836, 1840, 1841, 1842

NOA

COA# 08-1574